UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

                    Plaintiffs,

-against-

ANAND VENKATESWARAN,

                    Defendant.

Civil Case No. _____

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Portkey Technologies Pte Ltd., by and through its undersigned counsel, submits this Corporate Disclosure Statement:

1. Portkey Technologies Pte Ltd. is not a publicly traded company; and,

2. No publicly traded corporation owns 10 percent or more of the stock in Portkey Technologies Pte Ltd.

Dated:  June 15, 2023
      New York, New York

Respectfully submitted,

By:

  /s/ Robert M. Wasnofski, Jr.
Robert M. Wasnofski, Jr.
Daniel A. Schnapp
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Phone:  (212) 768-6748
Fax:  (212) 768 6800
robert.wasnofski@dentons.com
daniel.schnapp@dentons.com

*Attorneys for Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan*