DENTONS US LLP 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020-1089

|  | Client's File No.: | |
|---|---|---|
| **AFFIDAVIT OF SERVICE** | Civil Action #: | 1:23-cv-05074-JPO |
|  | Date Filed: | June 15, 2023 |
|  | Court Date: | |

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

:

*PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,*

*Plaintiff*

**vs**

*ANAND VENKATESWARAN,*

*Defendant*

STATE OF  MASSACHUSETTS COUNTY OF     PLYMOUTH   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Massachusetts

That on the following date:       July 6, 2023      , at the following time:       12:10 PM      ,

at                          680 WELLESLEY STREET , WESTON, MA 02493                          deponent served the within

Summons in a Civil Action, Complaint and Civil Cover Sheet

[X]  Papers so served were properly endorsed with the Civil Action # and date of filing.

**Upon:  ANAND VENKATESWARAN**

[X] **Individual**    By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible**  By delivering to and leaving with _____ , _____
**Person**                                                                                                            Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State. [ ] usual place of abode

[ ] **Mail**    A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address
on _____ .

[ ] **Corporation**  By delivering to and leaving with _____ said individual to be _____
**LLC / LLP**  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing**  By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place    [ ] place of business/employment
**To Door**  [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous**  Deponent previously attempted to serve the above named defendant/respondent on:
**Attempts**

| **Description** | Sex: Male | Color of skin Brown | Color of hair: Black | Age: 50 - 60 Yrs. | Height: 5ft 9inch - 6ft 0inch |
|---|---|---|---|---|---|
| **of Recipient** | Weight: 161-200 Lbs. | Other Features: | | | |

[ ] **WITNESS**  Subpoena Fee Tendered in the amount of  $.
**FEES**

[X] **MILITARY**  I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and
**SERVICE**  received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on      7/7/23

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Trevor Nardizzi

PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 License #1382542

**Work Order #  1474298**

Commonwealth OF                )
MASS                           )
                               )   SS:
COUNTY OF                      )
Plymouth                       )

The undersigned, Michelle Mazzella, does hereby certify that he/she is a notary public licensed by the Commonwealth of MASS, and that he/she witnessed the signature of Trevor Nardizzi, as applied to the foregoing Affidavit of Service, which was signed on 7/7, 2023. The manner in which same was signed was and is in conformity with the laws of the Commonwealth of MASS, which is the place where same was signed.

IN WITNESS OF, I have hereunto set my hand this 7 day of July, 2023

_____
Notary Public
Commission No.