UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

                    Plaintiffs,

                v.

ANAND VENKATESWARAN,

                    Defendant.

Case No. : 1:23-CV-05074-JPO

## NOTICE OF APPEARANCE OF ROBERT D. CARROLL

**PLEASE TAKE NOTICE** that Robert D. Carroll, an attorney with the law firm of Goodwin Procter LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Anand Venkateswaran in the above-captioned action.

Dated: July 26, 2023

                Respectfully submitted,

                By: */s/ Robert D. Carroll*
                Robert D. Carroll
                GOODWIN PROCTER LLP
                100 Northern Avenue
                Boston, MA 02210
                Tel.: (617) 570-1753
                Fax: (617) 321 4407
                Email: RCarroll@goodwinlaw.com

                *Counsel for Defendant*

1