

Robert D. Carroll
617.570.1753
rcarroll@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 617 570 1000

July 26, 2023

**Via ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re**:   ***Portkey Techs. Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran***, No. 1:23-CV-05074-JPO (S.D.N.Y.) – Consent Motion to Extend Time

Dear Judge Oetken:

I am writing on behalf of defendant Anand Venkateswaran pursuant to the Court's Individual Rules and Practices, paragraph 3(c), to request an extension of time for Mr. Venkateswaran to respond to the complaint.

The present deadline to respond to the complaint is July 27, 2023. The defendant requests that the deadline to respond to the complaint be extended to and including September 8, 2023.

This is the first request for any extension in this matter.

I have conferred with counsel for the plaintiffs, and plaintiff consents to this request.

Therefore, Mr. Venkateswaran respectfully requests that the deadline to respond to the complaint be extended to and including September 8, 2023.

Respectfully submitted,

/s/ Robert D. Carroll

Robert D. Carroll


cc: All counsel of record (via ECF)