

Robert D. Carroll
+1 617 570 1753
RCarroll@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 670 570 1000

August 30, 2023

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   ***Portkey Technologies Pte Ltd. v. Anand Venkateswaran*, No. 23-cv-5074-JPO (S.D.N.Y.) –
Unopposed Motion to Extend Time**

Dear Judge Oetken:

I am writing on behalf of defendant Anand Venkateswaran pursuant to the Court's Individual Rules and
Practices, paragraph 3(c), to request an extension of time for Mr. Venkateswaran to respond to the
complaint.

The present deadline to respond to the complaint is September 8, 2023.  The defendant requests that the
deadline to respond to the complaint be extended to and including October 13, 2023.

This is the second request for any extension in this matter.

I have conferred with counsel for the plaintiffs, and plaintiffs do not oppose this request.  Therefore, Mr.
Venkateswaran respectfully requests that the deadline to respond to the complaint be extended to and
including October 13, 2023.

Respectfully submitted,

/s/ Robert D. Carroll

Robert D. Carroll

cc: All counsel of record (via ECF)