大成 DENTONS

**Robert M. Wasnofski, Jr.**

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

October 11, 2023

<u>**VIA ECF**</u>

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    ***Portkey Technologies Pte Ltd. v. Anand Venkateswaran,* No. 1:23-cv-05074-JPO
       (S.D.N.Y.) - Unopposed Motion to Extend Time**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the above-referenced action.  Pursuant to Rule 3(c) of Your Honor's Individual Rules and Practices, Plaintiffs respectfully request an extension of time for Defendant Anand Venkateswaran to respond to the Complaint.

Defendant's present deadline to respond to the Complaint is October 13, 2023.  Defendant intends to file a motion to dismiss.  Unexpectedly, an associate working on the case for Plaintiffs is taking parental leave for several weeks beginning this afternoon, which the parties could not have anticipated previously.  To account for his unexpected absence and its effect on the briefing schedule that will follow from Defendant's intended motion, Plaintiffs request that Defendant's deadline to respond to the Complaint be extended to and including October 30, 2023.

I have conferred with counsel for the Defendant, and Defendant does not oppose this request.

This is Plaintiff's first request for an extension in this matter.  Defendant had filed two requests for an extension, both of which were granted.

We thank the Court for its courtesies with respect to this matter.

**Zaanouni Law Firm & Associates ► LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ►
Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► For more information on the firms that have
come together to form Dentons, go to dentons.com/legacyfirms**

Hon. J. Paul Oetken
October 11, 2023
Page 2

dentons.com

Very truly yours,

Robert M. Wasnofski, Jr.

cc: All counsel of record (via ECF)