UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

        Plaintiffs,

        v.

ANAND VENKATESWARAN,

        Defendant.

Case No. : 1:23-CV-05074-JPO

---

## NOTICE OF APPEARANCE OF TIMOTHY KEEGAN

**PLEASE TAKE NOTICE** that Timothy Keegan, an attorney with the law firm of Goodwin Procter LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Anand Venkateswaran in the above-captioned action.

Dated: October 20, 2023        Respectfully submitted,

        By:   /s/ Timothy Keegan
        Timothy Keegan
        GOODWIN PROCTER LLP
        620 Eighth Avenue
        New York, New York 10018-1405
        Tel. (212) 813-8800
        Fax (212) 355-3333
        TKeegan@goodwinlaw.com

        *Counsel for Defendant*