**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>             Plaintiffs,<br><br>  v.<br><br>ANAND VENKATESWARAN,<br><br>             Defendant. | Case No. 1:23-cv-5074-JPO |

## <u>DEFENDANT'S MOTION TO DISMISS</u>

**PLEASE TAKE NOTICE**, that upon this Motion, the accompanying Memorandum of Law in support, and the annexed declarations of Robert D. Carroll (with attached exhibits) and Defendant Anand Venkateswaran ("Mr. Venkateswaran"), Mr. Venkateswaran through his undersigned counsel, will move this Court, for an order dismissing with prejudice, the Complaint of Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and granting Mr. Venkateswaran such other and further relief as the Court deems just and proper.

Dated: October 30, 2023

Respectfully submitted,

*/s/ Robert D. Carroll*
Robert D. Carroll
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000

Fax: (617) 523-1231
RCarroll@goodwinlaw.com

Timothy Keegan
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
TKeegan@goodwinlaw.com

*Attorneys for Defendant Anand
Venkateswaran*

2

## **CERTIFICATE OF SERVICE**

I, Robert D. Carroll, hereby certify that on October 30, 2023, I caused the following documents to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter:

1.  Defendant's Motion to Dismiss;

2.  Memorandum of Law in Support of Defendant's Motion to Dismiss;

3.  Declaration of Robert D. Carroll and attached Exhibits A-B; and

4.  Declaration of Anand Venkateswaran.

*/s/ Robert D. Carroll*
Robert D. Carroll