**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN, <br><br> Plaintiffs, <br><br> v. <br><br> ANAND VENKATESWARAN, <br><br> Defendant. | Case No. 1:23-cv-5074-JPO |

## DECLARATION OF ROBERT D. CARROLL

I, Robert D. Carroll, under penalty of perjury, makes this declaration pursuant to 28 U.S.C. § 1746:

1.    I am a partner at the law firm Goodwin Procter LLP, counsel for Defendant Anand Venkateswaran ("Defendant") in the above-captioned action.  I submit this declaration in support of Defendant's Motion to Dismiss.

2.    Attached hereto as Exhibit A is true and correct copy of a letter I sent to Plaintiffs' counsel on October 2, 2023.

3.    Attached hereto as Exhibit B is true and correct copy of an article that had been available at https://metapurser.substack.com/p/nfts-the-first-5000-beeples.  Since this article was included as an exhibit to correspondence sent to Plaintiffs' counsel, the webpage that had been available at the foregoing hyperlinked URL is no longer available.

4.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2023
       Boston, Massachusetts

/s/ Robert D. Carroll
Robert D. Carroll
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
RCarroll@goodwinlaw.com