**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>          Plaintiffs,<br><br>  v.<br><br>ANAND VENKATESWARAN,<br><br>          Defendant. | Case No. 1:23-cv-5074-JPO |

## <u>DECLARATION OF ANAND VENKATESWARAN</u>

I, Anand Venkateswaran, under penalty of perjury, make this declaration pursuant to 28 U.S.C. § 1746:

1. I have never asserted that Plaintiffs Portkey Technologies Pte Ltd. or Vignesh Sundaresan (collectively, "Plaintiffs") do not own the trademark rights associated with the term "TWOBADOUR."

2. I have never claimed to own any trademark rights in the term "TWOBADOUR."

3. I have never asserted that Plaintiffs do not possess valid trademark rights in the term "TWOBADOUR."

4. I have never asserted that Plaintiffs do not own the trademark rights associated with the term "METAPURSE"

5. I have never claimed to own any trademark rights in the term "METAPURSE."

6. I have never asserted that Plaintiffs do not possess valid trademark rights in the term "METAPURSE."

7.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2023
       Boston, Massachusetts

/s/ _____
Anand Venkateswaran