**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>           Plaintiffs,<br><br>   v.<br><br>ANAND VENKATESWARAN,<br><br>           Defendant. | Case No. 1:23-cv-5074-JPO |

**[PROPOSED] ORDER**

THIS MATTER having been brought to the Court by way of Defendant Anand Venkateswaran's ("Defendant") motion to dismiss the complaint of Plaintiffs Portkey Technologies Pte Ltd, and Vignesh Sundaresan (collectively, "Plaintiffs") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and the Court having considered the papers submitted on behalf of the parties, and good cause having been shown,

IT IS, on this _____ day of _____, 2023,

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED** in its entirety, and it is further

**ORDERED** that Plaintiffs' claims in the Complaint are hereby dismissed in their entirety with prejudice.

 

_____
    Hon. J. Paul Oetken, U.S.D.J.