大成 **DENTONS**

**Robert M. Wasnofski, Jr.**

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 9, 2023

**VIA ECF**
Hon. J. Paul Oetken
United States District Judge
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    *Portkey Technologies Pte Ltd. v. Anand Venkateswaran* No. 23-cv-5074-JPO (S.D.N.Y.)**
**Plaintiffs' Intention to file an Amended Complaint**

Dear Judge Oetken:

As the Court is aware, this Firm represents Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the above-referenced action.

On October 30, 2023, Defendant filed a motion to dismiss Plaintiffs' complaint under Fed. R. Civ. P. 12(b)(6) and 12(b)(1). (Dkt. 16.)  Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs may amend their complaint as of right within 21 days after service of a motion to dismiss under Rule 12(b).

In accordance with Rule 3(D)(ii) of Your Honor's Individual Rules and Practices, Plaintiffs respectfully notify the Court that Plaintiffs will file an amended complaint by November 20, 2023.

We thank the Court for its attention to this matter.

Respectfully submitted,

Robert M. Wasnofski, Jr.

cc: All counsel of record (via ECF)

**Zaanouni Law Firm & Associates ► LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**
US_ACTIVE\125348591\V-1