AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. & VIGNES _____ )<br>*Plaintiff* )<br>v. )<br>ANAND VENKATESWARAN, _____ )<br>*Defendant* ) | Case No.   23-CV-05074 |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN _____ .

Date:     11/20/2023

/s/ Mary Kate Brennan
*Attorney's signature*

Mary Kate Brennan (MC0216)
*Printed name and bar number*

Dentons US
1221 Avenue of the Americas
New York, NY 10020
*Address*

marykate.brennan@dentons.com
*E-mail address*

(212) 768-6922
*Telephone number*

(212) 768-6800
*FAX number*