AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. & VIGNES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-CV-05074 |
| ANAND VENKATESWARAN, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN                                                                .

Date:      11/20/2023

/s/ Samuel J. Weiner
*Attorney's signature*

Samuel J. Weiner (5856257)
*Printed name and bar number*

Dentons US
1221 Avenue of the Americas
New York, NY 10020
*Address*

samuel.weiner@dentons.com
*E-mail address*

(212) 398-8489
*Telephone number*

(212) 768-6800
*FAX number*