

Robert D. Carroll
+1 617 570 1753
RCarroll@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 670 570 1000

March 22, 2024

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   ***Portkey Technologies Pte Ltd. v. Anand Venkateswaran*, No. 23-cv-5074-JPO (S.D.N.Y.) –
Unopposed Motion to Reschedule Telephone Conference**

Dear Judge Oetken:

I am writing on behalf of defendant Anand Venkateswaran pursuant to the Court's Individual Rules and Practices, paragraph 3(c), to request that the Court reschedule the telephone conference currently scheduled for April 16, 2024 at 3:00 pm for a time during the period of April 23-26 during the following week.

I am making this request because I will be out of the country with limited cell phone availability during the week of April 15-19 for a pre-planned family vacation.

This is the first request to reschedule this conference.

I have conferred with counsel for the plaintiffs, and plaintiffs do not oppose this request.  Therefore, Mr. Venkateswaran respectfully requests that the telephone conference scheduled for April 16, 2024 be rescheduled for a time during the following week, or thereafter.  Counsel for the plaintiff has stated that they are available any time on Tuesday, April 23 through Friday, April 26.  Counsel for the defendant can also be available any time on those days.  Thank you for considering this request.


Respectfully submitted,

/s/ Robert D. Carroll

Robert D. Carroll

cc: All counsel of record (via ECF)