UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTKEY TECHNOLOGIES PTE LTD,
*et al.*,

                              Plaintiffs,

-v-

ANAND VENKATESWARAN,
                              Defendant.

23-CV-5074 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court issues this order to clarify that the minute entry entered after the telephone conference on April 23, 2024 was entered in error. The minute entry states that discovery is stayed pending the Court's decision on the pending motion to dismiss. That entry is incorrect. As stated on the telephone conference, the Court is entering an administrative stay of discovery pending a decision on the letter motion filed at ECF No. 31, which seeks a stay of discovery pending the resolution of the motion to dismiss.

    Accordingly, discovery is administratively stayed until the Court rules on the letter motion at ECF No. 31. This order supersedes the minute entry entered after the telephone conference on April 23, 2024.

    SO ORDERED.

Dated: April 24, 2024
       New York, New York

                                                                                 J. PAUL OETKEN
                                                                          United States District Judge