# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,                          Civil Case No. 23-cv-5074-JPO

                          Plaintiffs,

            - against -

ANAND VENKATESWARAN,

                          Defendant.

## PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Federal Rule of Civil Procedure 36 and the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, plaintiffs Portkey Technologies Pte Ltd. ("Portkey") and Vignesh Sundaresan ("Sundaresan," and collectively, "Plaintiffs"), by and through their undersigned counsel, hereby request that defendant Anand Venkateswaran ("Defendant") serve written responses to the following requests for admission (each a "Request" and, collectively, the "Requests"), by admitting or denying the same, separately and fully, in writing under oath, within thirty (30) days after the service hereof, at the offices of Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, or at such other location and time as the parties may agree.

## DEFINITIONS

1.    Plaintiffs hereby adopt and incorporate by reference the Definitions set forth in Plaintiffs' First Set of Requests for Production of Documents, dated March 29, 2024, and served concurrently herewith.

## INSTRUCTIONS

1.      Pursuant to Federal Rule of Civil Procedure 36(a)(3), any matter addressed in a Request contained herein shall be deemed admitted for the purposes of this action unless Defendant submits a written answer or objection signed by its attorney within 30 days of service.

2.      Pursuant to Federal Rule of Civil Procedure 36(a)(4), if Defendant does not admit the truth of any matter in these Requests, Defendant must specifically deny the matter or state in detail why Defendant cannot truthfully admit or deny the Request.  A denial must fairly respond to the substance of the matter.  If Defendant qualifies an answer to any Request contained herein, or denies only part of a matter, Defendant's answer must specify the part admitted and qualify or deny the rest.  If Defendant asserts lack of knowledge or information as a reason for failing to admit or deny a matter, Defendant must state that he has made a reasonable inquiry and that the information he knows or can readily obtain is insufficient to enable him to admit or deny.

3.      Except where otherwise noted, these Requests refer to the period from August 14, 2017, up to and including the date of Defendant's responses hereto or the date of any further modification or supplementation of these responses.

## REQUESTS FOR ADMISSION

1.      Admit that Portkey is the exclusive owner of the TWOBADOUR trademark.

2.      Admit that Portkey is the exclusive owner of the METAPURSE trademark.

3.      Admit that Portkey is the exclusive owner of the METAPURSE fund.

4.      Admit that Sundaresan is the sole purchaser of the Beeple NFT.

5.      Admit that on March 11, 2021, Sundaresan alone successfully bid on and acquired the Beeple NFT for $69,346,250 (42329.453 ETH).

6.      Admit that Sundaresan alone determined and executed the bidding strategy employed in purchasing the Beeple NFT.

7. Admit that Sundaresan alone funded the purchase of the Beeple NFT with his own assets.

8. Admit that Defendant played no role in Sundaresan's purchase of the Beeple NFT.

9. Admit that Defendant had no involvement with Sundaresan's decision to pursue the purchase of the Beeple NFT.

10. Admit that Defendant had no involvement in deciding upon or executing the bidding strategy used to purchase the Beeple NFT.

11. Admit that sometime since February 28, 2022, Defendant included in his public Twitter bio that he "won" the Beeple NFT.

12. Admit that multiple Portkey employees and independent contractors used the TWOBADOUR trademark and pseudonym in connection with conducting Portkey's business.

13. Admit that Defendant was not the sole individual who used the TWOBADOUR pseudonym in connection with Portkey's business.

14. Admit that Defendant does not claim ownership of the TWOBADOUR trademark.

15. Admit that Defendant does not claim ownership of the METAPURSE trademark.

16. Admit that on or about August 14, 2017, Portkey and Defendant entered into an independent contractor agreement (the "First ICA").

17. Admit that the document attached as Exhibit 1 to Plaintiffs' First Set of Requests for Admission is a true and correct copy of the First ICA.

18. Admit that under the First ICA, Defendant was to provide Portkey with the following services: developing UI and UX; communications and public relations; community management; management of social media platforms; website development and management; hiring and managing UI/UX design team; and attending and representing in conferences deemed

3

essential for Portkey in terms of software development, education, promotion, marketing or otherwise.

19.    Admit that beginning at least as early as April 23, 2020, Defendant was directed by Portkey to communicate on behalf of Plaintiffs under the TWOBADOUR trademark and pseudonym.

20.    Admit that on or about November 1, 2020, Defendant terminated the First ICA.

21.    Admit that on or about November 1, 2020, Portkey and Wordesmith Collective Singapore Pte. Ltd. ("Wordesmith") entered into an independent contractor agreement (the "Second ICA").

22.    Admit that the document attached as Exhibit 2 to Plaintiffs' First Set of Requests for Admission is a true and correct copy of the Second ICA.

23.    Admit that under the Second ICA, Wordesmith was to provide Portkey with the same scope of services as stated in the First ICA, namely, developing UI and UX; communications and public relations; community management; management of social media platforms; website development and management; hiring and managing UI/UX design team; and attending and representing in conferences deemed essential for Portkey in terms of software development, education, promotion, marketing or otherwise.

24.    Admit that Defendant is the founder and sole shareholder of Wordesmith.

25.    Admit that Defendant agreed that all intellectual property that he used during the course of his independent contractor agreement with Portkey was to be owned exclusively by Portkey.

26.    Admit that on or about January 15, 2022, Defendant, on behalf of Wordesmith, requested that Portkey terminate the Second ICA.

4

27.     Admit that Portkey and Defendant agreed that the Second ICA would be terminated on February 28, 2022.

28.     Admit that the document attached as Exhibit 3 to Plaintiffs' First Set of Requests for Admission is a true and correct copy of the document entitled Independent Contractor Agreement Termination and Declaration Form: Declaration by Independent Contractor, wherein Defendant terminated the First ICA as of November 1, 2020, and released Portkey of all claims and liabilities in respect to the First ICA.

29.     Admit that on or about February 28, 2022, the Second ICA was terminated.

30.     Admit that upon the termination of the Second ICA, Defendant signed a release confirming that he had no claims against Portkey.

31.     Admit that the document attached as Exhibit 4 to Plaintiffs' First Set of Requests for Admission is a true and correct copy of the document entitled Declaration by Independent Contractor, wherein Wordesmith terminated the Second ICA as of February 28, 2022, and released Portkey of any claims and liabilities in respect to the Second ICA.

32.     Admit that all use of the TWOBADOUR trademark and pseudonym by Defendant during the course of his independent contractor agreement with Portkey inured to the benefit of Portkey.

33.     Admit that on one or more occasions since at least as early as August 2022, Defendant has publicly claimed to be the owner or co-owner of the Beeple NFT.

34.      Admit that on one or more occasions since at least as early as August 2022, Defendant has publicly claimed to be the owner or co-owner of assets purchased by Plaintiffs other than the Beeple NFT.

5

35.    Admit that on multiple occasions since at least as early as August 2022, Defendant has publicly claimed to be at least partially responsible for the purchase of the Beeple NFT.

36.    Admit that in an August 1, 2022 video on YouTube, Future of Media ft. eDAO, located at https://www.youtube.com/watch?v=yB53hDQ_oz4, Defendant stated that he was "one of the two guys that won the Christies auction… and bought the $69 million Beeple piece."

37.    Admit that in an August 24, 2022 video on Youtube, Hacking The Creator Economy    -    The    Blockchain    Council    Podcast,    located    at https://www.youtube.com/watch?v=20yeYKwWveQ, Defendant stated, "I used to be the steward of Metapurse…I was one of the two guys who bought the $69 million-dollar Beeple piece."

38.    Admit that multiple times since February 28, 2022, Defendant has publicly claimed to be at least partial responsible for purchases of NFTs made or managed by Portkey through its METAPURSE fund.

39.    Admit that on one or more occasions since February 28, 2022, Defendant has publicly claimed to have been a founder or co-founder of METAPURSE.

40.    Admit that on one or more occasions since February 28, 2022, Defendant has publicly claimed to have been "steward of METAPURSE."

41.    Admit that sometime since February 28, 2022, Defendant has publicly promoted multiple business ventures, including eDAO and Layer-E.

42.    Admit that sometime since February 28, 2022, Defendant has publicly promoted business ventures in the NFT and/or Web3 industries, including, without limitation eDAO and Layer-E.

43.    Admit that eDAO and Layer-E have operated in the same or similar industries as Portkey.

6

44.    Admit that eDAO has offered to buy and/or sell NFTs.

45.    Admit that Defendant and/or eDAO entered a partnership with Flipkart in regard to services to be offered in the NFT and/or Web3 industries.

46.    Admit that Defendant and/or eDAO entered a partnership with Hefty.art in regard to services to be offered in the NFT and/or Web3 industries.

47.    Admit that Layer-E operates in the NFT and/or Web 3 industries.

48.    Admit that on one or more occasions since February 28, 2022, Defendant has promoted his business ventures to one or more businesses or individuals that Defendant knew had prior business relationships with Portkey.

49.    Admit that on one or more occasions since February 28, 2022, Defendant has asked businesses or individuals that Defendant knew had prior business relationships with Portkey to participate in podcasts and other public talks concerning Defendant's prior role with Plaintiffs.

50.    Admit that on one or more occasions since February 28, 2022, Defendant has publicly claimed to be TWOBADOUR.

51.    Admit that on one or more occasions since February 28, 2022, Defendant has publicly stated that he managed, supervised, controlled, or was otherwise responsible for the METAPURSE fund.

52.    Admit that sometime since February 28, 2022, Defendant's LinkedIn profile page read: "Co-Founder and CEO of eDAO. Fmr Steward of Metapurse, the largest NFT Fund in the world.  Capital allocation, experience design, artists & repertoire.  Creator of the @Twobadour pseudonym."

53.    Admit that the document attached as Exhibit 5 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of Defendant's LinkedIn profile page, as of May 23, 2023.

54.    Admit that sometime since February 28. 2022, Defendant caused the quoted text referenced in RFA 53 to be published on LinkedIn.

55.    Admit that LinkedIn is a platform used to develop business opportunities and to strengthen business networks and relationships.

56.    Admit that sometime since February 28, 2022, the top of Defendant's Twitter feed read: "Co-Founder & CEO @LayerEhq.  As @twobadour, Steward of @metapurse, won the $69m @BEEPLE auction.  NFT Artist fanboy. Lucky husband, proud father, wishful thinker."

57.    Admit that the document attached as Exhibit 6 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of the top of Defendant's Twitter feed, as of June 5, 2023.

58.    Admit that sometime since February 28, 2022, Defendant caused the quoted text referenced in RFA 57 to be published on Twitter.

59.    Admit that the document attached as Exhibit 7 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of Defendant's biographical profile for the 2023 Consensus by CoinDesk conference.

60.    Admit that Defendant's biographical profile referenced in RFA 59 includes the following text: "Anand is the Co-Founder and CEO of the Polygon-incubated Layer-E.  He has been a journalist, an ad-man, and a GTM strategist for FinTech.  In the metaverse, he was Twobadour, Steward of the $250mn Metapurse Fund.  With METAKOVAN, he won the Christie's auction for the $69 mn Beeple's First 5000 Everydays.  He was the executive producer of

8

DREAMVERSE New York, the largest ever NFT Art Exhibition.  With a collectibles-based product suite at Layer-E, he hopes to supercharge engagement and revenue for global brands and creators."

61.     Admit that Defendant wrote or approved the text quoted in RFA 60 for use in his biographical profile for the 2023 Consensus by CoinDesk conference.

62.     Admit that the document attached as Exhibit 8 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of the description for the "Who Are You in Web3? Exploring Tokenized Identity" presentation, which was held at the Consensus CoinDesk conference on April 28, 2023.

63.     Admit that Defendant, along with another panelist, delivered a public presentation entitled "Who Are You in Web3? Exploring Tokenized Identity" at the Consensus by CoinDesk conference on April 28, 2023.

64.     Admit that the description of the presentation referenced in RFA 63 includes the following text: "Going by the pseudonym Twobadour.eth, Anand Venkateswaran made headlines in 2021 as one half of the duo behind the $69.3M purchase of a Beeple NFT.  What happens to the person behind an internet handle?  Is he or she replaceable?  Does the identity belong to an organization, or the person?  Venkateswaran discusses with Yat Siu, a leading expert on property rights and IP on the blockchain."

65.     Admit that Defendant wrote or approved the text quoted in RFA 63 for use in the description of the presentation at the 2023 Consensus by CoinDesk conference.

66.     Admit that during his presentation at the CoinDesk conference on April 28, 2023, Defendant publicly claimed to be TWOBADOUR.

67.    Admit that during his presentation at the CoinDesk conference on April 28, 2023, Defendant publicly claimed to be one of the two purchasers of the Beeple NFT.

68.    Admit that Sundaresan had ultimate responsibility for managing and controlling the collection of digital assets purchased through Plaintiffs' METAPURSE fund.

69.    Admit that on one or more occasions since February 28, 2022, Defendant publicly stated that he was responsible for Portkey's investment decisions or portfolio valuations.

70.    Admit that on one or more occasions since February 28, 2022, Defendant publicly claimed to be a founder, creator, owner, organizer, christener, steward, or manager of, or otherwise responsible for establishing, the METAPURSE mark.

71.    Admit that on one or more occasions since February 28, 2022, Defendant publicly claimed to be a founder, creator, owner, organizer, christener, steward, or manager of, or otherwise responsible for establishing, Plaintiffs' METAPURSE fund.

72.    Admit that that Defendant was not responsible for funding, managing, supervising, or controlling digital assets purchased through Plaintiffs' METAPURSE fund.

73.    Admit that on one or more occasions since February 28, 2022, Defendant has publicly claimed to be responsible for establishing the TWOBADOUR mark or pseudonym.

74.    Admit that on one or more occasions since February 28, 2022, Defendant has publicly claimed to be a founder, producer, or organizer of DREAMVERSE.

75.    Admit that Sundaresan was Defendant's manager at Portkey during the terms of the First ICA and Second ICA.

76.    Admit that Plaintiffs founded and produced the DREAMVERSE event.

10

77.     Admit that on one or more occasions since February 28, 2022, Defendant has added his name, image, or likeness to websites or profiles that reference Portkey, TWOBADOUR, METAPURSE, DREAMVERSE, METAKOVAN, or Sundaresan.

78.     Admit that on one or more occasions since February 28, 2022, Defendant has added his name, image, or likeness to websites or profiles that reference Portkey, TWOBADOUR, METAPURSE, DREAMVERSE, METAKOVAN, or Sundaresan.

79.     For each of the individual items of Content listed at Appendix 1, admit (separately or collectively, as appropriate) that Defendant wrote, created, posted, or otherwise approved the posting of each on the Internet.

80.     For each of the individual items of Content listed at Appendix 1, admit (separately or collectively, as appropriate) that Defendant caused the Content listed at Appendix 1 to be published online.

81.     Admit that the document attached as Exhibit 9 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://mirror.xyz/magizhan.eth.

82.     Admit that the document attached as Exhibit 10 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://www.coindesk.com/author/twobadour/.

83.     Admit that the document attached as Exhibit 11 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://knownorigin.io/journal/guests/guest-editor-twobadour.

11

84.     Admit that the documents attached as Exhibit 12 to Plaintiffs' First Set of Requests for Admission are true and correct copies, printouts, or screenshots of a post made on Defendant's Instagram account, located at: https://www.instagram.com/p/Cr07w5atPDU/?hl=en.

85.     Admit that the document attached as Exhibit 13 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that includes a biographical profile of Defendant entitled "Enter the Flipverse: Join the special LinkedIn live event on October 18, 2022," located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/.

86.     Admit that the document attached as Exhibit 14 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of a post made to Defendant's LinkedIn               account,                    located                    at: https://www.linkedin.com/feed/update/urn:li:activity:6987724946512773120.

87.     Admit that the document attached as Exhibit 15 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of a post made to Defendant's Twitter account, located at: https://twitter.com/eDAOHQ/status/1537339578020859905.

88.     Admit that the document attached as Exhibit 16 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of a blog post by Defendant entitled "Vita Brevis, Ars Longa," located at: https://mirror.xyz/magizhan.eth/qTW-QMIMGE115lYdqh_jstCxx4p43rHg3BnpDM4MolY.

89.     Admit that the following text is included in the blog post referenced in RFA 88: "You most likely knew me as Twobadour, Steward of Metapurse, the largest NFT fund in the world…. As Metapurse, we put together the most valuable NFT collection with some truly iconic works of culture; won the entire Beeple 2020 collection in an open auction, and designed

12

Metapalooza, the largest metaverse event at the time, to launch the iconic B.20 experiment. We won the biggest NFT Art sale in history – yes, that $69mn piece…."

90.    Admit that the document referenced in RFA 88 contains a collage of photographs around a picture containing the TWOBADOUR mark at the top, center of the blog post.

91.    Admit that the collage referenced in RFA 88 contains photographs of Defendant posing with one or more individuals whom Defendant knew had business relationships with Portkey prior to the date of the blog post.

92.    Admit that the document attached as Exhibit 17 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of a blog post by Defendant entitled "Is Metaverse the next-gen internet," located at: https://stl.tech/blog/is-metaverse-the-next-gen-internet/.

93.    Admit that the following text is included in the blog post referenced in RFA 92: "Recently, the world got a glimpse of living in the metaverse when a digital artist Beeple sold his artwork for $69.3 million at an auction. This was bought by Vignesh Sundaresan and Anand Venkateswaran, whose digital names were Metakovan and Twobadour."

94.    For each of the individual items of Content listed at Appendix 2, admit (separately or collectively, as appropriate) that Defendant is aware of same.

95.    For each of the individual items of the Content listed at Appendix 2, admit (separately or collectively, as appropriate) that Defendant wrote, created, posted, or otherwise approved the posting of each on the Internet.

96.    Admit that the document attached as Exhibit 18 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://www.tiecon.org/speakers.

13

97.   Admit that the following text is included in the biographical profile referenced in RFA 96: "In the metaverse, he was Twobadour, Steward of the $250mn Metapurse Fund. With Metakovan, he won the historic $69 mn Christie's auction for Beeple's First 5000 Everydays. He was the executive producer of Dreamverse New York, the largest ever NFT Art Exhibition."

98.   Admit that the document attached as Exhibit 19 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://wan-ifra.org/event_speakers/twobadour-panaar/.

99.   Admit that the following text is included in the biographical profile referenced in RFA 98: "Twobadour (i.e. Anand Venkateswaran in real life) is the steward of Metapurse, the largest non-fungible token (NFT) fund in the world. As the steward of Metapurse, Twobadour is tasked with identifying NFTs and NFT-based enterprises ahead of their time;…. He was the executive producer of the B.20 project, a $2.7 mn metaverse experiment, and architect of a range of initiatives designed to nurture the creator economy in the NFT industry."

100.   Admit that the document attached as Exhibit 20 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant, located at: https://redseafilmfest.com/en/red-sea-360/.

101.   Admit that the following text is included in the biographical profile referenced in RFA 100: "Anand 'Twobadour' Venkateswaran (Metapurse, owners of the Beeple Collection) will discuss how artist and storytellers are using the Metaverse today to build new creator economies in Web3."

102.   Admit that the following text is included in the biographical profile referenced in RFA 100: "In the metaverse, he was Twobadour, one half of the duo that won the historic $69 mn Christie's auction for Beeple's Everydays: The First 5000 Days. He was the Steward of Metapurse

14

– the largest NFT fund in the world;…. He was the executive producer of Metapalooza, then the biggest metaverse event, and of Dreamverse, the first and largest ever NFT Art Exhibition and EDM Concert, held in New York."

103.    Admit that the document attached as Exhibit 35 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://jlflitfest.org/new-york/speaker/anand-venkateswaran.

104.    Admit that the following text is included in the biographical profile referenced in RFA 103: "In the metaverse, he was Twobadour, one half of the duo that won the historic $69 mn at Christie's auction for Beeple's 'Everydays: The First 5000 Days'. Venkateswaran was the Steward of Metapurse - the largest NFT fund in the world and executive producer of Metapalooza and Dreamverse, the first and largest ever NFT Art Exhibition and EDM concert held in New York."

105.    Admit that the document attached as Exhibit 21 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that includes a biographical profile of Defendant, located at: https://www.blockchain-council.org/event-webinar/hacking-the-creator

economy/?utm_source=Affiliate&utm_medium=Rakuten&utm_campaign=2126220&utm_Content=10&ranMID=43395&ranEAID=a1LgFw09t88&ranSiteID=a1LgFw09t88-w4MMlB0Cd_KIP1yL_GZyoA.

106.    Admit that the following text is included in the biographical profile referenced in RFA 105: "In the metaverse, he was Twobadour, one half of the duo that won the historic $69 mn Christie's auction for Beeple's Everydays: The First 5000 Days.  He was the Steward of Metapurse – the largest NFT fund in the world;…. He found his groove as a capital allocator, storyteller,

community builder, and artist fanboy.  He was the executive producer of Metapalooza, then the biggest metaverse event, and of Dreamverse, the first and largest ever NFT Art Exhibition and EDM Concert, held in New York."

107.    Admit that the document attached as Exhibit 22 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, located at: https://fitc.ca/speaker/twobadour/.

108.    Admit that the document attached as Exhibit 23 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of Content posted on Twitter that references Defendant, located at: https://twitter.com/Hefty_Art/status/1573661031909527552.

109.    Admit that the documents attached as Exhibit 24 to Plaintiffs' First Set of Requests for Admission are true and correct copies, printouts, excerpts, or screenshots of a book entitled "A Regulatory Framework for the Art Martket?: Authenticity, Forgeries and the Role of the Art Experts"              that              references              Defendant,              located              at: https://books.google.co.in/books?id=CcSdEAAAQBAJ&pg=PA32&lpg=PA32&dq=A+Regulat ory+Framework+for+the+Art+Market?:+Authenticity,+Forgeries+and+the+Role+of+Art+Exper ts+twobadour&source=bl&ots=Lp0_bfKNr6&sig=ACfU3U28BjtM9DdohgHcM_0oxXS_q5Sd9 g&hl=en&sa=X&ved=2ahUKEwjGmMmMu8n9AhVqAbcAHYzvBLUQ6AF6BAgbEAM#v=o nepage&q=A%20Regulatory%20Framework%20for%20the%20Art%20Market%3F%3A%20A uthenticity%2C%20Forgeries%20and%20the%20Role%20of%20Art%20Experts%20twobadour beeplmetapurse&f=false.

110.    Admit that the document attached as Exhibit 24 to Plaintiffs' First Set of Requests for Admission refers to Defendant as the "buyer" of the Beeple NFT.

16

111.    Admit that the document attached as Exhibit 24 to Plaintiffs' First Set of Requests for Admission states that Sundaresan and Defendant "founded the world's largest fund for NFTs".

112.    Admit that the document attached as Exhibit 25 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that describes a podcast delivered by Defendant entitled "163 - From Buying a Beeple NFT for $69M to Bringing Web3 to India's Biggest E-Commerce Enterprise with Anand Venkateswaran at eDAO," located at: https://podcast.unstoppabledomains.com/episodes/163-from-buying-a-beeple-nft-for-69m-to-bringing-web3-to-indias-biggest-e-commerce-enterprise-with-anand-venkateswaran-at-edao.

113.    Admit that the document attached as Exhibit 26 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Anand Venkateswaran: The current experience in Web3 sucks," located at: https://retinatendencias.com/negocios/anand-venkateswaran-la-experiencia-actual-en-la-web3-es-una-mierda/.

114.    Admit that the document attached as Exhibit 27 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Top 15 most expensive NFTs in history," located at: https://tradersunion.com/interesting-articles/nft-tokens-what-are-they/most-expensive-nft/.

115.    Admit that the document attached as Exhibit 28 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "NFTs in the art world: A revolution or ripoff?," located at: https://theconversation.com/nfts-in-the-art-world-a-revolution-or-ripoff-191299.

116.    Admit that the document attached as Exhibit 29 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references

17

Defendant entitled "Creating an Inter-dimensional Identity for eDAO," located at: https://thehardcopy.co/case-study-brand-identity-creating-an-inter-dimensional-identity-for-edao/.

117. Admit that the document attached as Exhibit 30 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Metaverse IPs go beyond favoured playlist discovery and top-tier artists, says eDAO's Mairu Gupta," located at: https://www.musicplus.in/metaverse-ips-playlist-discovery-top-tier-artists-edao-mairu-gupta/.

118. Admit that the document attached as Exhibit 31 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Here is What the Split of the Duo That Bought the Legendary Beeple NFT Will Mean for the Future of Crypto Art," located at: https://www.widewalls.ch/news-feed/split-duo-beeple-nft-future-crypto.

119. Admit that the document attached as Exhibit 32 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Metakovan and Twobadour Joined Forces to Buy the $69.3 Million Beeple. Here's What Their Split Tells Us About the Future of the NFT Market," located at: https://news.artnet.com/market/metakoven-and-twobadour-split-2152109.

120. Admit that the document attached as Exhibit 33 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Jaipur Literature Festival returns to New York," located at: https://www.americanbazaaronline.com/2022/08/26/jaipur-literature-festival-returns-to-new-york-450739/.

121.    Admit that the document attached as Exhibit 33 to Plaintiffs' First Set of Requests for Admission includes the following text: "Anand Venkateswaran, CEO E-Dao and the famed crypto investor who bought Beeple's record breaking NFT at Christie's online auction for $69.3 million."

122.    Admit that the document attached as Exhibit 34 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "NFTs – Not Frivolous Tech," located at: https://www.electronicsforu.com/technology-trends/nfts-not-frivolous-tech.

123.    Admit that the document attached as Exhibit 36 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "What Are NFTs and Why Are They So Controversial?," located at: https://clsbluesky.law.columbia.edu/2022/07/19/what-are-nfts-and-why-are-they-so-controversial/.

124.    Admit that the document attached as Exhibit 37 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Ex Sony Exec Mairu Gupta and Ex-Metapurse Steward Anand Venkateswaran Launch eDAO; A Polygon Invested and Incubated for Entertainment Focused Web3 Company," located at: https://www.businesswireindia.com/ex-sony-exec-mairu-gupta-and-ex-metapurse-steward-anand-venkateswaran-launch-edao-a-polygon-invested-and-incubated-for-entertainment-focused-web3-company-79373.html.

125.    Admit that the document attached as Exhibit 38 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Former Sony Exec Mairu Gupta and Ex-Metapurse Steward Anand

19

Venkateswaran Launch eDAO; Polygon invested and incubated for an entertainment-focused Web3 company," located at: https://biz.crast.net/former-sony-exec-mairu-gupta-and-ex-metaparse-steward-anand-venkateswaran-launch-edao-polygon-invested-and-incubated-for-an-entertainment-focused-web3-company/.

126.    Admit that the document attached as Exhibit 39 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Polygon launches Web3 entertainment company eDAO," located at: https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao.

127.    Admit that the document attached as Exhibit 40 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Polygon announces launch of eDAO - an entertainment focused Web3 company," located at: https://www.exchange4media.com/digital-news/polygon-announces-launch-of-edao-an-entertainment-focused-web3-company-120865.html.

128.    Admit that the document attached as Exhibit 41 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "Indian artists face the same inequalities in the NFT world as in the traditional field," located at: https://qz.com/india/2153492/indian-artists-face-inequalities-in-the-nft-world-too.

129.    Admit that the document attached as Exhibit 42 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "In India, the world of NFTs suffers from the same inequalities as the world of

traditional art," located at: https://scroll.in/magazine/1020893/in-india-the-world-of-nfts-suffers-from-the-same-inequalities-as-the-world-of-traditional-art.

130. Admit that the document attached as Exhibit 43 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of online Content that references Defendant entitled "The billionaire founder of the world's largest crypto exchange, Binance, thinks the NFT craze is bonkers: 'People may have lost their mind,'" located at: https://finance.yahoo.com/news/billionaire-founder-world-largest-crypto-194740014.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAFfOuDgAVxczXeJDJYn1wO5gTtCS_F7F6Ga-SerLGnJDvbE3HLKEgQs0YWydJm6lj3ylbWEsp4ces8mESxX0sHF60v3cliy09GBRd8Pa37Kt TPn13UdjyAm_QaRjDmJxsX-vNJohU6Rgsfr-dT7CkhFUADs3Pjg5i9G7NMtNfqL_.

131. Admit that the document attached as Exhibit 44 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of an online biographical profile of Defendant, that had been posted at Hefty.art.

132. Admit that the following text is included in the biographical profile referenced in RFA 131: "As the steward of Metapurse, one of the world's largest crypto and NFT funds, Anand was tasked with identifying NFTs and NFT-based enterprises ahead of their time."

133. Admit that the document attached as Exhibit 45 to Plaintiffs' First Set of Requests for Admission is a true and correct copy, printout, or screenshot of Content posted on LinkedIn that references Defendant, located at: in.linkedin.com/company/hefty-art.

134. Admit that the following text is included in the online Content referenced in RFA 133: "Anand (formerly Twobadour), along with his close friend and partner Metakovan, helped shape culture and were the catalysts for the explosion of the NFT market … when they decided to

21

purchase Beeple's 'Everydays' for the price of 69.3 million USD;…. As Steward of Metapurse,

he diverted global attention to NFTs as a medium of culture.  Dreamverse, the largest NFT art

exhibition in the world, which he produced and executed in New York, celebrated artists,

musicians and all manner of creatives."

135.    For each of the individual items of Content listed at Appendix 1 and 2, admit

(separately or collectively, as appropriate) that it was posted online after termination of the Second

ICA.

Dated: March 29, 2024
        New York, New York

Respectfully submitted,

By:

 */s/ Robert M. Wasnofski, Jr.*
Robert M. Wasnofski, Jr.
Daniel A. Schnapp
Mary Kate Brennan
Samuel J. Weiner
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Phone:  (212) 768-6748
Fax:  (212) 768 6800
robert.wasnofski@dentons.com
daniel.schnapp@dentons.com
marykate.brennan@dentons.com
samuel.weiner@dentons.com

*Attorneys for Plaintiffs Portkey*
*Technologies Pte Ltd. and Vignesh*
*Sundaresan*

# **Appendix 1**

**Social Media Bios:**
1) Mirror Magizhan, located at: https://mirror.xyz/magizhan.eth
2) Coindesk, located at: https://www.coindesk.com/author/twobadour/
3) KnownOrigin, located at: https://knownorigin.io/journal/guests/guest-editor-twobadour
**Social Media Posts:**
4) Instagram Post, located at: https://www.instagram.com/p/Cr07w5atPDU/?hl=en
5) Flipkart Flipverse post, located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/
6) Twitter Post, located at: https://twitter.com/viananda/status/1582261506947026944?s=20
7) LinkedIn Post, located at: https://www.linkedin.com/feed/update/urn:li:activity:6987724946512773120
8) Twitter Post, located at: https://twitter.com/eDAOHQ/status/1537339578020859905
**Blog Posts:**
9) Vita Brevis, Ars Longa, located at: https://mirror.xyz/magizhan.eth/qTW-QMIMGE115lYdqh_jstCxx4p43rHg3BnpDM4MolY
10) Is Metaverse the next-gen internet, located at: https://stl.tech/blog/is-metaverse-the-next-gen-internet/

# **Appendix 2**

**Speaker Bios:**
1) TieCon2023 Bio, located at: https://www.tiecon.org/speakers
2) Coindesk Consensus Bio, located at:
   https://consensus2023.coindesk.com/agenda/speaker/-anand-venkateswaran
   https://www.coindesk.com/tv/nft-all-stars/nft-all-stars-february-8-2022-20220208/
3) World Association of Publishers Bio, located at: https://wan-ifra.org/event_speakers/twobadour-panaar/
4) Red Sea International Film Festival Bio, located at: https://redseafilmfest.com/en/red-sea-360/
5) Flipkart Stories Bio, located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/
6) JLF New York, September 12-14, 2022, Bio, located at: https://jlflitfest.org/new-york/speaker/anand-venkateswaran
7) Blockchain Council Bio, located at: https://www.blockchain-council.org/event-webinar/hacking-the-creator-economy/?utm_source=Affiliate&utm_medium=Rakuten&utm_campaign=2126220&utm_Content=10&ranMID=43395&ranEAID=a1LgFw09t88&ranSiteID=a1LgFw09t88-w4MMlB0Cd_KIP1yL_GZyoA
8) FITC Bio, located at: https://fitc.ca/speaker/twobadour/
9) Hefty.art, Bio, located at: https://twitter.com/Hefty_Art/status/1573661031909527552
   https://in.linkedin.com/company/hefty-art

**Book:**
10) Anna Bolz, A Regulatory Framework for the Art Market?: Authenticity, Forgeries and the Role of Art Experts (pages 32, 39), located at:
    https://books.google.co.in/books?id=CcSdEAAAQBAJ&pg=PA32&lpg=PA32&dq=A+Regulatory+Framework+for+the+Art+Market?:+Authenticity,+Forgeries+and+the+Role+of+Art+Experts+twobadour&source=bl&ots=Lp0_bfKNr6&sig=ACfU3U28BjtM9DdohgHcM_0oxXS_q5Sd9g&hl=en&sa=X&ved=2ahUKEwjGmMmMu8n9AhVqAbcAHYzvBLUQ6AF6BAgbEAM#v=onepage&q=A%20Regulatory%20Framework%20for%20the%20Art%20Market%3F%3A%20Authenticity%2C%20Forgeries%20and%20the%20Role%20of%20Art%20Experts%20twobadourbeeplmetapurse&f=false

**Video Podcasts:**
11) Consensus Coin Desk, Who Are You in Web3? Exploring Tokenized Identity, located at: https://consensus2023.coindesk.com/agenda/event/-who-are-you-in-web3a-exploring-tokenized-identity-328
12) Layer-E, I Dig That! - Episode 1 | Candid conversations on web3, AI, culture, and art, located at: https://www.youtube.com/watch?v=9jV0owk7TwY"
13) Unstoppable Domains, The Story of Buying Beeple's NFT for $69M | The Unstoppable Podcast Clips, located at: https://www.youtube.com/watch?v=rzTpAJ_hSN4

14) The Unstoppable Podcast, 163 - From Buying a Beeple NFT for $69M to Bringing Web3 to India's Biggest E-Commerce Enterprise with Anand Venkateswaran at eDAO, located at: https://podcast.unstoppabledomains.com/episodes/163-from-buying-a-beeple-nft-for-69m-to-bringing-web3-to-indias-biggest-e-commerce-enterprise-with-anand-venkateswaran-at-edao

15) Unstoppable Domains, From Buying A Beeple NFT for $69M To Bringing Web3 To India's Biggest Ecommerce Enterprise | Ep. 163, located at: https://www.youtube.com/watch?v=deBtX4WVGC8

16) Oxpolygon, Polygon x SuperLayer present: Web3 Revealed, located at: https://www.youtube.com/watch?v=7lYMILF36YA&t=9666s

17) Superteam Podcast, Sure shot signs of a good NFT? | 2 simple ways to choose NFTs | Superteam Clips, located at: https://www.youtube.com/watch?v=6GW6rjPZzq4&list=RDCMUCi-pkXLbm7sqXFhV1NBLUfQ&index=2

18) Superteam Podcast, Buying a 550 CRORE NFT in a Crypto Auction! | Superteam Clips https://www.youtube.com/watch?v=fmfOJ1owItQ

19) The Tamil Creator, EP 20 (FULL RECORDING) | Anand Venkateswaran | Crypto Tinhorn Who Helped Purchased $69M NFT, located at: https://www.youtube.com/watch?v=Usa2SsQGBDI

20) NFTeaseMe, NFTeaseMe: Ep 3 : NFTs and The Metaverse ft. Twobadour (from Metapurse), located at: https://www.youtube.com/watch?v=sY7mdxvzaAU

**Articles:**

21) Retina, Translated text: Anand Venkateswaran: The current experience in Web3 is crap, located at: https://retinatendencias.com/negocios/anand-venkateswaran-la-experiencia-actual-en-la-web3-es-una-mierda/

22) Traders union, Top 15 most expensive NFTs in history, located at: https://tradersunion.com/interesting-articles/nft-tokens-what-are-they/most-expensive-nft/

23) The Conversation, NFTs in the art world: A revolution or ripoff?, located at: https://theconversation.com/nfts-in-the-art-world-a-revolution-or-ripoff-191299

24) The Hardcopy, Creating an Inter-dimensional Identity for eDAO, located at: https://thehardcopy.co/case-study-brand-identity-creating-an-inter-dimensional-identity-for-edao/

25) Music plus +, Metaverse IPs go beyond favoured playlist discovery and top-tier artists, says eDAO's Mairu Gupta, located at: https://www.musicplus.in/metaverse-ips-playlist-discovery-top-tier-artists-edao-mairu-gupta/

26) Wide Walls, Here is What the Split of the Duo That Bought the Legendary Beeple NFT Will Mean for the Future of Crypto Art, located at: https://www.widewalls.ch/news-feed/split-duo-beeple-nft-future-crypto

27) Artnet, Metakovan and Twobadour Joined Forces to Buy the $69.3 Million Beeple. Here's What Their Split Tells Us About the Future of the NFT Market, located at: https://news.artnet.com/market/metakoven-and-twobadour-split-2152109

28) The American Bazaar, Jaipur Literature Festival returns to New York, located at: https://www.americanbazaaronline.com/2022/08/26/jaipur-literature-festival-returns-to-new-york-450739/

29) Electronicsforyou, NFTs – Not Frivolous Tech, located at: https://www.electronicsforu.com/technology-trends/nfts-not-frivolous-tech

30) Columbia Law School, What Are NFTs and Why Are They So Controversial?, located at: https://clsbluesky.law.columbia.edu/2022/07/19/what-are-nfts-and-why-are-they-so-controversial/

31) Business Wire India, Ex Sony Exec Mairu Gupta and Ex-Metapurse Steward Anand Venkateswaran Launch eDAO; A Polygon Invested and Incubated for Entertainment Focused Web3 Company, located at: https://www.businesswireindia.com/ex-sony-exec-mairu-gupta-and-ex-metapurse-steward-anand-venkateswaran-launch-edao-a-polygon-invested-and-incubated-for-entertainment-focused-web3-company-79373.html

32) Business News, Former Sony Exec Mairu Gupta and Ex-Metapurse Steward Anand Venkateswaran Launch eDAO; Polygon invested and incubated for an entertainment-focused Web3 company, located at: https://biz.crast.net/former-sony-exec-mairu-gupta-and-ex-metaparse-steward-anand-venkateswaran-launch-edao-polygon-invested-and-incubated-for-an-entertainment-focused-web3-company/

33) Yourstory.com, Polygon launches Web3 entertainment company eDAO, located at: https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao

34) E4m, Polygon announces launch of eDAO - an entertainment focused Web3 company, located at: https://www.exchange4media.com/digital-news/polygon-announces-launch-of-edao-an-entertainment-focused-web3-company-120865.html

35) Quartz India, Indian artists face the same inequalities in the NFT world as in the traditional field, located at: https://qz.com/india/2153492/indian-artists-face-inequalities-in-the-nft-world-too"

36) Scroll.in, In India, the world of NFTs suffers from the same inequalities as the world of traditional art, located at: https://scroll.in/magazine/1020893/in-india-the-world-of-nfts-suffers-from-the-same-inequalities-as-the-world-of-traditional-art

37) Yahoo Finance, The billionaire founder of the world's largest crypto exchange, Binance, thinks the NFT craze is bonkers: 'People may have lost their mind', located at: https://finance.yahoo.com/news/billionaire-founder-world-largest-crypto-194740014.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAFfOuDgAVxczXeJDJYn1wO5gTtCS_F7F6Ga-SerLGnJDvbE3HLKEgQs0YWydJm6lj3ylbWEsp4ces8mESxX0sHF60v3cliy09GBRd8Pa37KtTPn13UdjyAm_QaRjDmJxsX-vNJohU6Rgsfr-dT7CkhFUADs3Pjg5i9G7NMtNfqL_"

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I caused the foregoing to be served on Defendant's counsel of record:

Robert D. Carroll
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
RCarroll@goodwinlaw.com

Timothy Keegan
Goodwin Procter LLP
620 Eighth Avenue New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
TKeegan@goodwinlaw.com

/s/ *Robert M. Wasnofski, Jr.*

27