

Robert D. Carroll
+1 617 570 1753
RCarroll@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 670 570 1000

April 26, 2024

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**  ***Portkey Technologies Pte Ltd. v. Anand Venkateswaran*, No. 23-cv-5074-JPO (S.D.N.Y.) –
Response to Plaintiffs' unauthorized sur-reply (ECF No. 40)**

Dear Judge Oetken:

I am writing on behalf of defendant Anand Venkateswaran ("Mr. Venkateswaran") in response to
Plaintiffs' letter of April 25, 2024 (ECF No. 40).  Plaintiffs' letter should be disregarded.

Plaintiffs' letter contains substantive arguments related to Mr. Venkateswaran's pending motion to
dismiss (ECF No. 16) and motion to stay discovery (ECF No. 31).  The letter therefore is an improper
sur-reply that seeks to deprive Mr. Venkateswaran of the "last word" on his motions.  *See CBF Industria
de Gusa S/A v. AMCI Holdings, Inc.*, No. 13-cv-2581-PKC, 2021 WL 4190628, at *11 n.14 (S.D.N.Y.
Aug. 18, 2021) ("[T]he Court does not believe . . . an additional [sur-reply] submission is necessary,
given that [movant] ha[s] the burden of proof on this motion, and therefore they should have the last
word.").

In that vein, Plaintiffs' submission also violates Rule 2(b) of Your Honor's Individual Rules and
Practices in Civil Cases, which provide that "[s]urreply memoranda are not allowed (unless specifically
permitted in extraordinary situations for good cause)."  Plaintiffs were not authorized by the Court to file
their sur-reply.  Nor did they even confer with counsel for Mr. Venkateswaran before doing so.

It is worth noting that Plaintiffs filed their letter after already moving for leave to file a sur-reply to Mr.
Venkateswaran's motion to dismiss.  *See* ECF No. 29.  Mr. Venkateswaran opposed Plaintiffs' prior
request to file a sur-reply, and Plaintiffs' request should be denied.  *See* ECF No. 30.  That Plaintiffs are
frustrated that their request for a sur-reply has not been granted (and should not be granted) should not
excuse their failure to abide by the rules.

Accordingly, Mr. Venkateswaran respectfully requests that the Court disregard the arguments made by
Plaintiffs in their unauthorized sur-reply (ECF No. 40).



April 26, 2024
Page 2

Respectfully submitted,

/s/ Robert D. Carroll

Robert D. Carroll

cc: All counsel of record (via ECF)