大成 DENTONS

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

July 26, 2024

**BY ECF**

Hon. J. Paul Oetken
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    *Portkey Technologies Pte Ltd et al. v. Anand Venkateswaran*, **No. 23-cv-05074-JPO;**
        **Request for Extension**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd and Vignesh Sundaresan in the above-referenced action.  We submit this letter on behalf of the Plaintiffs and Defendant Anand Venkateswaran to jointly request that the Court agree to the following extensions of time and proposed briefing schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's deadline to file Answer | August 2, 2024 | August 16, 2024 |
| Plaintiffs' deadline to file Motion for Reconsideration regarding July 19, 2024 Opinion and Order ("Motion") | August 2, 2024 | August 9, 2024 |
| Defendant's deadline to file opposition to Plaintiffs' Motion |  | August 30, 2024 |
| Plaintiffs' deadline to file reply in support of Plaintiffs' Motion |  | September 9, 2024 |

**Zaanouni Law Firm & Associates ► LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

大成 DENTONS

dentons.com

Plaintiffs' counsel and Defendant's counsel have conferred and both consent to the dates proposed above.  The extension is needed to accommodate counsels' previously planned travel schedules and work commitments.  This is the first request for an extension of the above-referenced deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

Robert M. Wasnofski, Jr.
Partner


cc:  All counsel of record (By ECF)