**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

|  |  |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN, | : Civil Case No. 23-cv-5074-JPO |
| Plaintiffs, | : |
| - against - | : **PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION** |
| ANAND VENKATESWARAN, | : |
| Defendant. | : |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned, on behalf of Plaintiffs, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion For Reconsideration of the Dismissal of Counts, I, II and IV of their First Amended Complaint, and all prior papers and proceedings, hereby moves this Court before the Honorable J. Paul Oetken, United States District Judge for the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by this Court, for reconsideration of the Court's July 19, 2024 Order and Opinion (Dkt. 45) dismissing Counts I, II and IV of Plaintiffs' First Amended Complaint.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's July 30, 2024 Order (Dkt. 47), Defendant is required to serve its opposition papers, if any, by August 30, 2024, with Plaintiffs' reply due September 9, 2024.

Dated:  August 9, 2024                         Respectfully submitted,
        New York, New York

                                               By:

                                                  /s/ Robert M. Wasnofski, Jr.
                                               Robert M. Wasnofski, Jr.
                                               Daniel A. Schnapp
                                               Mary Kate Brennan
                                               Samuel J. Weiner
                                               DENTONS US LLP
                                               1221 Avenue of the Americas
                                               New York, NY 10020-1089
                                               Phone:  (212) 768-6748
                                               Fax:  (212) 768 6800
                                               robert.wasnofski@dentons.com
                                               daniel.schnapp@dentons.com
                                               marykate.brennan@dentons.com
                                               samuel.weiner@dentons.com

                                               *Attorneys for Plaintiffs Portkey
                                               Technologies Pte Ltd. and Vignesh
                                               Sundaresan*

1

## **<u>CERTIFICATE OF SERVICE</u>**

I, Robert M. Wasnofski, Jr., hereby certify that on August 9, 2024, a true and correct copy of the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Robert M. Wasnofski, Jr.*