**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

               Plaintiffs,

        - against -

ANAND VENKATESWARAN,

             Defendant.

-----------------------------------------------------------------X

    :  Civil Case No. 23-cv-5074-JPO
    :
    :
    :
    :  **PLAINTIFFS' NOTICE OF**
    :  **MOTION FOR LEAVE TO**
    :  **FILE SECOND AMENDED**
    :  **COMPLAINT**
    :
    :
    :

PLEASE TAKE NOTICE that the undersigned, on behalf of Plaintiffs, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion For Leave to File Second Amended Complaint and exhibits, and all prior papers and proceedings, hereby moves this Court before the Honorable J. Paul Oetken, United States District Judge for the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court, for leave to file the Proposed Second Amended Complaint.

Dated:  September 4, 2024
       New York, New York

Respectfully submitted,

By:

  */s/ Robert M. Wasnofski, Jr.*
Robert M. Wasnofski, Jr.
Daniel A. Schnapp
Mary Kate Brennan
Samuel J. Weiner
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Phone:  (212) 768-6748
Fax:  (212) 768 6800
robert.wasnofski@dentons.com
daniel.schnapp@dentons.com
marykate.brennan@dentons.com
samuel.weiner@dentons.com

*Attorneys for Plaintiffs Portkey*
*Technologies Pte Ltd. and Vignesh*
*Sundaresan*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Robert M. Wasnofski, Jr., hereby certify that on September 4, 2024, a true and correct copy of the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Robert M. Wasnofski, Jr.*