# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# METAPURSE

**Reg. No. 7,251,142**

**Registered Dec. 26, 2023**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

PORTKEY TECHNOLOGIES PTE. LTD.  (SINGAPORE PRIVATE LIMITED COMPANY)
600 NORTH BRIDGE ROAD,
#12-02/03 PARKVIEW SQUARE Singapore 188778
SINGAPORE

CLASS 35: Advertising and promotion services; advertising and publicity services; advertising by transmission of on-line publicity for third parties through electronic communications networks; advertising for others on the internet; advertising services to create brand identity for others; advertising, marketing and promotional consultancy, advisory and assistance services; consulting services relating to publicity; on-line advertising on computer networks; promoting the artwork of others by means of providing online portfolios via a website; promoting the goods and services of others over the internet; sales promotion services; business management consultancy services; business management consultancy services provided via the internet; assistance, advisory services and consultancy with regard to business analysis; assistance, advisory services and consultancy with regard to business organization; assistance, advisory services and consultancy with regard to business planning; business administration assistance, assistance in management of business activities; business consulting services; business management of actors, artists, authors, performing artists, photographers or writers; business opportunities promotion services; distribution and dissemination of advertising materials in the nature of leaflets, prospectuses, printed material, samples; dissemination of advertising, marketing and publicity materials

CLASS 36: Advisory services relating to financial asset management; advisory services relating to financial investments; advisory services relating to financial risk management; budget planning being financial advice; consultation services relating to financial matters; financial consulting and advisory services; financial analysis; financial analysis services relating to investments; financial consultancy services relating to investments; financial investment brokerage, analysis and stock research services; advisory services for the financial management of funds for others, including private and public equity, stocks, bonds, options, commodities, futures; financial planning services; providing financial information; advisory services relating to investments and finance; consultation services relating to investment; investment advisory services; investment services, namely, capital investment services, real estate investment trust services, private equity fund investment; management of investments for annuities and acquiring joint ventures; provision of financial investment information; cryptocurrency financial asset management; cryptocurrency financial investment advisory services; cryptocurrency investment services, namely, asset acquisition, consultation, development and management services; financial evaluation services relating to securities and other financial instruments; financial valuation services, namely, personal property and real estate; providing information, consultancy and advice in the field of financial valuation

The mark consists of the stylized word METAPURSE.



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



PRIORITY DATE OF 10-11-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1664564 DATED 03-28-2022, EXPIRES 03-28-2032

SER. NO. 79-341,844, FILED 03-28-2022

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.