# EXHIBIT B

**REQUEST FOR EXTENSION OF PROTECTION**

**SERIAL NUMBER: 79403296**

**FILING DATE: 06/12/2023**

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **MARK SECTION** | |
| IMAGE | https://tmng-cms.uspto.gov/trademark/cms/rest/case/79403296/tmdocument/79403296APP716310001.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | YES |
| MARK IN COLOR | NO |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| THE WORDS CONTAINED IN THE MARK HAVE NO MEANING (AND THEREFORE CANNOT BE TRANSLATED) | YES |
| TM IMAGE: COLOR | Grey Scale |
| IMAGE FILE NAME | https://tmng-cms.uspto.gov/trademark/cms/rest/case/79403296/tmdocument/79403296APP716310001.JPG |
| TYPE (IMAGE TYPE) | JPG |
| TEXTUAL ELEMENTS OF MARK | TWOBADOUR |
| **HOLDER DETAILS** | |
| CLIENT IDENTIFIER | 1560611 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | PORTKEY TECHNOLOGIES PTE. LTD. |
| ADDRESS | 600 NORTH BRIDGE ROAD, |
| | #12-02/03 PARKVIEW SQUARE |
| | SINGAPORE 188778 |
| COUNTRY | Singapore |
| ENTITLEMENT NATIONALITY OF APPLICANT/TRANSFEREE/HOLDER | Singapore |
| LEGAL NATURE | Private Limited Company |
| LEGAL NATURE: PLACE INCORPORATED | SINGAPORE |
| CORRESPONDENCE INDICATOR | YES |
| **BASIC GOODS AND SERVICES** | |
| VERSION OF NICE CLASSIFICATION USED | 12-2023 |
| NICE CLASSIFICATION | 09 |
| | Downloadable computer software for minting non-fungible tokens (NFTs); downloadable |

| | |
|---|---|
| GOODS AND SERVICES | audio, digital, music and video files authenticated by non-fungible tokens (NFTs); computer software for use in the virtual display of artwork, multimedia products, virtual goods and digital files authenticated by NFTs. |
| NICE CLASSIFICATION | 35 |
| GOODS AND SERVICES | Advertising and promotion services; advertising and publicity services; advertising for others on the Internet; advertising services to create brand identity for others; advertising, marketing and promotional consultancy, advisory and assistance services; advisory services for business management; assistance, advisory services and consultancy with regard to business analysis; assistance, advisory services and consultancy with regard to business organization; assistance, advisory services and consultancy with regard to business planning; business assistance; advertising and promotional services for businesses by means of collaborations with artists to create art and art authenticated by non-fungible tokens (NFTs); business consulting services; business development services; business management; business management consultancy in the field of virtual reality technology; business management consultancy services; business management consultancy services provided via the Internet; business management for freelance service providers; business management of actors, artists, authors, performing artists, photographers or writers; business promotion services; business management of public auctions; business reputation management and improvement services; career advancement consultancy services; career advisory services, other than education and training advice; career planning consultancy; conducting interactive virtual auctions; conducting virtual trade shows online; consulting services relating to publicity; development of publicity concepts; dissemination of advertising, marketing and publicity materials; distribution and dissemination of advertising materials [leaflets, prospectuses, printed material, samples]; marketing advice; marketing assistance; marketing services; on-line advertising on computer networks; online auctioneering; online retail store services featuring works of art; online trading services in which seller posts products to be auctioned and bidding is done via the Internet; online wholesale store services featuring works of art; promoting the artwork of others by means of providing online portfolios via a website; promoting the goods and services of others over the Internet; providing online auction services; retail services; talent agency services [business management of performing artists]; arranging and conducting of art exhibitions, featuring artwork and artwork authenticated by NFTs, and consultancy relating thereto; art galleries services, namely, selection, purchasing, and sale of artwork and artwork authenticated by NFTs, and consultancy relating thereto; marketing and business consultancy in relation to the purchase and sale of artwork and artwork authenticated by NFTs; consultation in the purchase and sale of artwork and NFTs. |
| NICE CLASSIFICATION | 36 |
| GOODS AND SERVICES | Advisory services relating to financial asset management; advisory services relating to financial investments; advisory services relating to financial risk management; budget planning [financial advice]; consultation services relating to financial matters; financial consulting and advisory services; financial analysis; financial analysis services relating to investments; financial consultancy services relating to investments; financial investment services; financial management advisory services; financial planning services; providing financial information; advisory services relating to investments and finance; consultation services relating to investment; investment advisory services; investment services; management of investments; provision of investment information; cryptocurrency asset management; cryptocurrency investment advisory services; cryptocurrency investment services; financial evaluation services; financial valuation services; providing information, consultancy and advice in the field of financial valuation; artwork and NFT investment services; consultation in the investment in artwork and NFTs. |
| NICE CLASSIFICATION | 41 |
| GOODS AND SERVICES | Career advisory services [education or training advice]; advisory services relating to entertainment; career counselling [education or training advice]; career information and advisory services [educational and training advice]; organization of art exhibitions for cultural or educational purposes; organization of exhibitions for entertainment purposes; art exhibition services; arranging and conducting of art exhibitions for cultural or educational purposes; display of works of art in exhibitions, shows, museums, galleries; arranging and conducting of colloquiums, conferences, congresses, seminars, symposiums and training workshops; arranging and conducting of seminars; arranging of seminars; conducting of instructional |

| | |
|---|---|
| | seminars; conducting seminars; artwork and NFT curation services; consultation in the curation of artwork and NFTs; curator services for artwork, multimedia products, virtual goods and digital files authenticated by non-fungible tokens (NFTs); curation services featuring selected, purchased, and sold artwork, including those authenticated by NFTs. |
| NICE CLASSIFICATION | 42 |
| GOODS AND SERVICES | Design consultancy; design engineering; design services; design and development of multimedia products, virtual goods and digital files authenticated by non-fungible tokens (NFTs); design and development of new technology for others; design and development of computer software; technological consultancy relating to digital transformation; electronic storage of digital images, music, photographs and images; providing online non-downloadable software for the display and management of artwork, multimedia products, virtual goods and digital files authenticated by NFTs and inventories thereof; design and development of computer software for use in the virtual display of artwork, multimedia products, virtual goods and digital files authenticated by NFTs; consultation in the purchase and sale of artwork and NFTs. |

## PARIS PRIORITY DETAILS

| | |
|---|---|
| PARIS PRIORITY CODE: | Singapore |
| PARIS PRIORITY APPLICATION NUMBER | 40202312849X |
| PARIS PRIORITY APPLICATION DATE | 06/12/2023 |

## BASE REGISTRATION DETAILS

| | |
|---|---|
| BASE APPLICATION NUMBER | 40202312849X |
| BASE APPLICATION DATE | 06/12/2023 |

## REPRESENTATIVE DETAILS

| | |
|---|---|
| CLIENT IDENTIFIER | 1519978 |
| NAME | RODYK IP |
| ADDRESS | P.O. BOX 462, |
| | ROBINSON ROAD POST OFFICE |
| | SINGAPORE 900912 |
| COUNTRY | Singapore |

## INTENT TO USE GROUP

| | |
|---|---|
| CONTRACTING PARTY CODE | United States of America |

## DESIGNATIONS

| | |
|---|---|
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |

## INTERNATIONAL REGISTRATION DETAILS

| | |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 1807047 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 06/12/2023 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 06/12/2033 |
| EFFECTIVE DATE OF MODIFICATION | 06/12/2023 |
| NOTIFICATION DATE | 08/29/2024 |
| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 08/15/2024 |
| IB DOCUMENT ID | 1727524701 |

| | |
|---|---|
| OFFICE OF ORIGIN CODE | Singapore |
| OFFICE REFERENCE | 79403296 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |

# TWOBADOUR