**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN, <br><br> Plaintiffs, <br><br> v. <br><br> ANAND VENKATESWARAN, <br><br> Defendant. |

Case No. 1:23-cv-5074-JPO

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Robert D. Carroll and Timothy Keegan of Goodwin Procter LLP ("Goodwin") hereby respectfully move the Court for permission to withdraw as counsel of record for Defendant Anand Venkateswaran ("Mr. Venkateswaran") in the above-captioned action.  Mr. Venkateswaran is in the midst of discussions with new counsel and may potentially retain new counsel and respectfully requests a 45-day extension of all case deadlines to allow an orderly transition to new counsel.

Dated:  September 10, 2024         Respectfully submitted,

*/s/ Robert D. Carroll*
Robert D. Carroll
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
RCarroll@goodwinlaw.com

Timothy Keegan
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
TKeegan@goodwinlaw.com

*Attorneys for Defendant Anand Venkateswaran*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, the foregoing Motion to Withdraw as Counsel and its supporting documents were served upon all counsel of record as designated on the Notice of Electronic Filing (NEF) and upon Defendant Anand Venkateswaran by First Class Mail, postage prepaid, at 680 Wellesley St., Weston, MA 02493.

*/s/ Robert D. Carroll*
Robert D. Carroll