**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>     Plaintiffs,<br><br>v.<br><br>ANAND VENKATESWARAN,<br><br>     Defendant. | Case No. 1:23-cv-5074-JPO |

## <u>DECLARATION OF ROBERT D. CARROLL PURSUANT TO LOCAL RULE 1.4</u>

I, Robert D. Carroll, under penalty of perjury, make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 1.4:

1.      I am a partner at the law firm Goodwin Procter LLP ("Goodwin"), counsel for Defendant Anand Venkateswaran in the above-captioned action.

2.      I submit this declaration pursuant to Local Civil Rule 1.4 in support of the Motion to Withdraw as Counsel filed by me, Robert D. Carroll, and Timothy Keegan, also of Goodwin Procter LLP.

3.      This request is being made for good cause, as Mr. Venkateswaran is no longer able to pay Goodwin's legal fees.

4.      Mr. Venkateswaran has not been able to make payment since at least March 2024.

5.      Mr. Venkateswaran has informed me that he does not anticipate being able to make future payments to Goodwin.

6.      Goodwin introduced Mr. Venkateswaran to counsel at a different firm, and I understand that Mr. Venkateswaran is in the process of discussing a potential retention agreement

with the new firm for different counsel to represent him in this matter.  I also understand that Mr. Venkateswaran may potentially elect to represent himself.

7.      There is no retaining or charging lien being asserted by Goodwin against Mr. Venkateswaran.

8.      Neither party has produced any documents to date.

9.      I respectfully request that the Court grant the proposed order permitting Goodwin to withdraw as counsel of record for Mr. Venkateswaran in this action.

10.     Attached as Exhibit A is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Mr. Venkateswaran.

11.     I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 10, 2024             Respectfully submitted,
         Boston, Massachusetts

                                       */s/ Robert D. Carroll*
                                       Robert D. Carroll
                                       Goodwin Procter LLP
                                       100 Northern Avenue
                                       Boston, MA 02210
                                       Tel: (617) 570-1000
                                       Fax: (617) 523-1231
                                       RCarroll@goodwinlaw.com

                                       *Attorney for Defendant Anand Venkateswaran*