# Exhibit A

| | |
|---|---|
| **From:** | Wasnofski, Jr., Robert M. |
| **To:** | Keegan, Timothy |
| **Cc:** | Carroll, Robert D; Schnapp, Daniel A.; Weiner, Samuel J.; Brennan, Mary Kate; Montemoiño, Mandy |
| **Subject:** | RE: Portkey Technologies Pte Ltd et al v. Venkateswaran, No. 23-cv-05074-JPO (S.D.N.Y.) |
| **Date:** | Wednesday, August 14, 2024 12:11:49 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

***EXTERNAL***
Hello, Tim.

I realize we never responded to your below email, following our brief discussion of the issue last month.  As confirmed by phone, Defendant's 30-day deadline in which to respond to Plaintiffs' discovery requests was triggered by the Court's July 19 opinion lifting the discovery stay.  We believe all discovery requests are relevant to the remaining claims and do not intend to withdraw any of Plaintiffs' requests.

Regards,
Bob

## Robert M. Wasnofski, Jr.
Partner

☐ +1 212 768 6748   |   ☐ +1 516 368 4484
New York

**From:** Keegan, Timothy <TKeegan@goodwinlaw.com>
**Sent:** Tuesday, July 23, 2024 10:42 AM
**To:** Wasnofski, Jr., Robert M. <robert.wasnofski@dentons.com>
**Cc:** Carroll, Robert D <RCarroll@goodwinlaw.com>; Schnapp, Daniel A. <daniel.schnapp@dentons.com>; Weiner, Samuel J. <samuel.weiner@dentons.com>; Brennan, Mary Kate <marykate.brennan@dentons.com>; Toomer, Kayla <kayla.toomer@dentons.com>
**Subject:** RE: Portkey Technologies Pte Ltd et al v. Venkateswaran, No. 23-cv-05074-JPO (S.D.N.Y.)

**[WARNING: EXTERNAL SENDER]**

Hi Bob,

As we've begun to work on responding to the discovery requests Plaintiffs served, it's come to our attention that a large number of requests seemingly relate to claims now dismissed with prejudice. With that in mind, we wanted to see if you were interested in either re-serving requests or formally withdrawing requests.

Regards,
Tim

**Timothy Keegan**



Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
o  +1 212 459 7022
f   +1 212 355 3333
TKeegan@goodwinlaw.com



---

**From:** Keegan, Timothy
**Sent:** Monday, July 22, 2024 11:38 AM
**To:** Wasnofski, Jr., Robert M. <robert.wasnofski@dentons.com>
**Cc:** Carroll, Robert D <RCarroll@goodwinlaw.com>; 'Schnapp, Daniel A.'
<daniel.schnapp@dentons.com>; Weiner, Samuel J. <samuel.weiner@dentons.com>; Brennan,
Mary Kate <marykate.brennan@dentons.com>; Toomer, Kayla <kayla.toomer@dentons.com>
**Subject:** Portkey Technologies Pte Ltd et al v. Venkateswaran, No. 23-cv-05074-JPO (S.D.N.Y.)

Hi Bob,

I hope you're doing well.  Following up on the Court's decision on Mr. Venkateswaran's motion to
dismiss:

- **Case management plan**.  If you send us a revised draft, we can take a look and assess need
  for a further call.

- **Answer**.  We are working to prepare an answer to the remaining counts of the complaint.
  With some summer vacations planned on our end, we wanted to see if Plaintiffs are agreeable
  to a 14-day extension of time for Mr. Venkateswaran's answer.  If so, we'd appreciate it, and
  we can prepare a letter motion.

Regards,
Tim

**Timothy Keegan**



Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue

New York, NY 10018
o  +1 212 459 7022
f   +1 212 355 3333
TKeegan@goodwinlaw.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*