**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>        Plaintiffs,<br><br>v.<br><br>ANAND VENKATESWARAN,<br><br>        Defendant. | Case No. 1:23-cv-5074-JPO |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the reading and filing of the Motion to Withdraw as Counsel, Memorandum of Law in Support, and declaration of Robert D. Carroll,

IT IS, on this _____ day of _____, 2024,

**ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**, and it is further

**ORDERED**, pursuant to Rule 1.4 of the Local Rules of the Southern District of New York, that Robert D. Carroll and Timothy Keegan of Goodwin Procter LLP are hereby permitted to withdraw as counsel of record for Defendant Anand Venkateswaran ("Mr. Venkateswaran");

**ORDERED** that the Clerk shall amend the docket and other court records to reflect the withdrawal of Robert D. Carroll and Timothy Keegan as counsel of record for Mr. Venkateswaran; and

**ORDERED** that Robert D. Carroll and Timothy Keegan shall be removed from all electronic and other service lists in the Court's records for this matter.

_____
Hon. J. Paul Oetken, U.S.D.J.