

Robert Carroll
+1 617 570 1753
rcarroll@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA  02210

goodwinlaw.com
+1 617 570 1000

September 19, 2024

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:  *Portkey Techs. Pte Ltd et al. v. Anand Venkateswaran*, No. 23-cv-05074-JPO (S.D.N.Y.) – Plaintiffs' Reply in Support Of Motion for Leave to File a Second Amended Complaint**

Dear Judge Oetken:

I am writing on behalf of Defendant Anand Venkateswaran in response to Plaintiffs' reply in support of Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF No. 66).

As noted in Mr. Venkateswaran's opposition, Plaintiffs' proposed second amended complaint does not plead present tense, post-registration use of the METAPURSE mark by Mr. Venkateswaran.  *See* ECF No. 61 at 3-5.  In fact, Plaintiffs changed language in the proposed complaint from the operative complaint to reflect a change from present to past tense.  *Id.* at 4 (citing ECF No. 59-4 at 3).

Plaintiffs' reply argues, for the first time, that Mr. Venkateswaran did use the METAPURSE mark after its December 26, 2023 registration.  ECF No. 66 at 3-5.  To support this new argument, Plaintiffs included as an exhibit a third-party webpage (ECF No. 66-1) that Plaintiffs claim shows that Mr. Venkateswaran used the mark after its registration.  *See* ECF No. 66 at 4.  Plaintiffs also included new language for their proposed amended complaint.  *Id.* at 5 n. 4.

Plaintiffs' new arguments and new exhibit were not raised in Plaintiffs' opening brief.  They should be disregarded.  *See, e.g.*, *Levy v. Young Adult Inst., Inc.*, 103 F. Supp. 3d 426, 441 (S.D.N.Y. 2015) ("[I]t is well established that '[a]rguments may not be made for the first time in a reply brief.'") (collecting cases).

In their new arguments, Plaintiffs also misrepresent facts.  The exhibit was posted by a third party, not Mr. Venkateswaran.  It also is *from 2021*, as confirmed by Exhibit A, a screenshot of a November 30, 2021 Internet Archives capture of the same webpage that Plaintiffs attached as Exhibit A to their reply.  This webpage does not show that Mr. Venkateswaran used the METAPURSE mark after December 26, 2023; that is over three years after the webpage was



September 19, 2024
Page 2


published.  Review of the webpage also makes clear that there is no trademark use of the term METAPURSE.  Accordingly, if Plaintiffs' new arguments and new exhibit are considered (they should not be), Mr. Venkateswaran respectfully requests leave to file a one-page sur-reply addressing them.

 Dated:  September 19, 2024                     Respectfully submitted,

                                               */s/ Robert D. Carroll*
                                               Robert D. Carroll
                                               Goodwin Procter LLP
                                               100 Northern Avenue
                                               Boston, MA 02210
                                               Tel: (617) 570-1000
                                               Fax: (617) 523-1231
                                               RCarroll@goodwinlaw.com

                                               Timothy Keegan
                                               Goodwin Procter LLP
                                               The New York Times Building
                                               620 Eighth Avenue
                                               New York, New York 10018
                                               Tel: (212) 813-8800
                                               Fax: (212) 355-3333
                                               TKeegan@goodwinlaw.com


                                               *Attorneys for Defendant Anand Venkateswaran*