![DENTONS]

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 20, 2024

**<u>VIA ECF</u>**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re:    Portkey Technologies Pte Ltd. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
       (S.D.N.Y.) – Request to participate in settlement conference by telephone

Dear Judge Willis:

We represent Plaintiffs Portkey Technologies Pte Ltd. ("Portkey") and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action.  Defendant's counsel recently emailed Your Honor to identify three mutually agreeable dates for a potential settlement conference, namely, December 16, 17, and 18, 2024.  Pursuant to Rule 7 of Your Honor's Standing Order for all cases referred for settlement conferences, Plaintiffs respectfully request that they be excused from attending the anticipated conference in person and that Mr. Sundaresan, who has decision making-authority on behalf of Portkey, be allowed to participate by telephone given that he and Portkey are located in Singapore, which is over 9,500 miles away.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

*Robert M. Wasnofski, Jr.*
Partner

cc: All counsel of record (By ECF)

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**