**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ANAND VENKATESWARAN,<br><br>　　　　　Defendant. | Case No. 1:23-cv-5074-JPO |

## DECLARATION OF ROBERT D. CARROLL

I, Robert D. Carroll, under penalty of perjury, makes this declaration pursuant to 28 U.S.C. § 1746:

1.　　　I am a partner at the law firm Goodwin Procter LLP, counsel for Defendant Anand Venkateswaran ("Defendant") in the above-captioned action.  I submit this declaration in support of Goodwin Procter LLP's reply in support of its motion to withdraw.

2.　　　Attached hereto as Exhibit A is true and correct copy of correspondence between counsel for the parties.

3.　　　I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2024
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　*/s/ Robert D. Carroll*
　　　　　　　　　　　　　　　　　　　Robert D. Carroll
　　　　　　　　　　　　　　　　　　　Goodwin Procter LLP
　　　　　　　　　　　　　　　　　　　100 Northern Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　Tel.: (617) 570-1000

Fax: (617) 523-1231
RCarroll@goodwinlaw.com