**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>        Plaintiffs,<br><br>  -against-<br><br>ANAND VENKATESWARAN,<br><br>        Defendant. | Civil Case No. 1:23-cv-5074-JPO |

<u>**CERTIFICATE OF SERVICE**</u>

I, Robert M. Wasnofski, Jr., hereby certify that on October 14, 2024, I caused a true and

correct copy of the Second Amended Complaint to be served via first class mail upon:

Anand Venkateswaran
680 Wellesley Street
Weston, MA 02493


Dated:  October 15, 2024
      New York, New York

Respectfully submitted,

By:

   */s/ Robert M. Wasnofski, Jr.*
Robert M. Wasnofski, Jr.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Phone:  (212) 768-6748
Fax:  (212) 768 6800
robert.wasnofski@dentons.com

*Attorneys for Plaintiffs Portkey*
*Technologies Pte Ltd. and Vignesh*
*Sundaresan*