**DENTONS**

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 1, 2024

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re:    Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
       (S.D.N.Y.) – Request to Adjourn Settlement Conference

Dear Judge Willis:

We represent Plaintiffs Portkey Technologies Pte Ltd. ("Portkey") and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action.  Due to recent events as set forth below, Plaintiffs do not believe it would be fruitful to hold a settlement conference on December 18, 2024, as scheduled, and therefore request that the conference be adjourned indefinitely.

On October 4, 2024, the Court issued an Order (i) allowing Defendant's counsel to withdraw from the action due to Defendant's failure to pay legal bills, (ii) extending all deadlines in this action by 45 days, and (iii) requiring Defendant to have new counsel appear on his behalf or to file a letter indicating that he intends to proceed pro se by November 18, 2024.  (Dkt. 73.) Moreover, Defendant has not yet produced any documents in response to Plaintiffs' March 29, 2024 discovery requests.

In view of the foregoing, Plaintiffs respectfully request that the settlement conference and pre-settlement conference call be adjourned indefinitely until it has been determined whether new counsel will appear on Defendant's behalf and discovery has progressed to a point that would make a settlement conference more fruitful.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

*Robert M. Wasnofski, Jr.*

cc: Anand Venkateswaran (By First-Class Mail)

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**