UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

      Plaintiffs,

v.

ANAND VENKATESWARAN,

      Defendant.

Case No. 1:23-cv-5074-JPO

## INTENT TO PROCEED PRO SE

I, the Defendant Anand Venkateswaran intend to proceed pro se, without counsel, from hereon for Case No. 1:23-cv-5074-JPO.

My address is **680 Wellesley Street, Weston, MA – 02493.**

As instructed by Judge Oetken in his ORDER Denying 53, Granting 58, Granting 62 (ECF No. 073 2024-10-04), I will email all documents in PDF format to prose@nysd.uscourts.gov.

I will do my best to adhere to procedure, and apologize in advance for any lapses in modality or timing with respect to document submission.

2

Respectfully submitted,

Dated:  November 30, 2024

/s/
Defendant Anand Venkateswaran