UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTKEY TECHNOLOGIES PTE LTD, *et al.*,
                              Plaintiffs,

-v-

ANAND VENKATESWARAN,
                              Defendant.

---

23-CV-5074 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that Defendant Anand Venkateswaran intends to proceed *pro se* in this case. As Defendant is proceeding *pro se*, all communications with the Court must be submitted to the Court's *Pro Se* Intake Unit, as described below.

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken. For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases. *Pro se* parties should submit all papers to the Court in one of the following ways:

a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

b. mailing them or delivering them in person to the following address:

U.S. District Court
Southern District of New York
Pro Se Intake Unit, Room 205
500 Pearl Street
New York, New York 10007

Defendant may contact the court's *Pro Se* Intake Unit should he have any procedural questions about his case. The *Pro Se* Intake Unit cannot provide legal advice. The Intake Unit is located at the U.S. District Court for the Southern District of New York, 500 Pearl Street, Room 250, 2nd Floor, New York, New York 10007, and the phone number is (212) 805-0175.

There is additional information about proceeding *pro se* on the Court's website, including instructions to consent to electronic service of documents (https://nysd.uscourts.gov/prose).

Defendant is further advised that a *Pro Se* Law Clinic recently opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide Defendant with advice in connection with the case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Defendant must complete the City Bar Justice Center's intake form. If Defendant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

Defendant is welcome to ask the Court to assist in seeking pro bono counsel.

The Clerk of Court is directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: December 10, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge