![Dentons logo]

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 13, 2024

**<u>VIA ECF</u>**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re:    Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
(S.D.N.Y.)

Dear Judge Willis:

We represent Plaintiffs Portkey Technologies Pte Ltd. ("Portkey") and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action and write in response to Defendant's letter of December 13, 2024 requesting a settlement conference.

Plaintiffs' position remains unchanged.  Plaintiffs do not believe that a settlement conference should be held until after significant discovery has taken place.  Plaintiffs had originally agreed to participate in a settlement conference on December 18, 2024, because they expected Defendant would have produced all documents in response to their March 29, 2024 discovery requests by then.  However, despite repeated requests, Defendant has yet to produce any documents, even non-confidential documents.  A settlement conference would therefore not be fruitful.  Accordingly, Plaintiffs ask that the Court deny Defendant's request to reschedule a settlement conference at this time.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

*Robert M. Wasnofski, Jr.*

cc: Anand Venkateswaran (via ECF)

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**