UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

        Plaintiffs,

v.

ANAND VENKATESWARAN,

        Defendant.

Case No. 1:23-cv-5074-JPO

---

## <u>LETTER MOTION REQUESTING SETTLEMENT CONFERENCE</u>

December 13, 2024

**<u>VIA ECF</u>**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425 New York, NY 10007

Re: Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
(S.D.N.Y.) – Request to Schedule Settlement Conference

Dear Judge Willis:

I am Anand Venkateswara, the Defendant in the above-referenced action, and respectfully request that the adjourned Settlement Conference be scheduled again.

In the Order dated 12/10/24, the honorable court acknowledged that I am proceeding pro se in the case. It took me a while to find my feet without legal representation, particularly on operational and procedural requirements. Thank you for your patience.

The plaintiffs claim that the efficacy of the Settlement Conference is dependent on discovery. However, the Conference was originally scheduled to seek quick resolution to this conflict, and to avoid a resource intensive discovery process in the first place. I have conveyed to the plaintiffs more than once that I am ready to share all relevant documents as soon as a protective order is in place. A draft of the order was shared with the plaintiffs on Sep 26, 2024.

2

Now that it is established that I am proceeding pro se, and that the Settlement Conference was never dependent on discovery, I respectfully request that the Settlement Conference be scheduled at the earliest convenience of the honorable judge.

Respectfully submitted,

Dated:  December 13, 2024

/s/
Defendant Anand Venkateswaran

Cc: Robert Wasnofski (By email)

2