UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

        Plaintiffs,

v.

    ANAND VENKATESWARAN,

        Defendant.

Case No. 1:23-cv-5074-JPO

---

## LETTER MOTION REQUESTING SETTLEMENT CONFERENCE

December 13, 2024

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425 New York, NY 10007

Re: Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
(S.D.N.Y.) – Request to Schedule Settlement Conference

Dear Judge Willis:

I am Anand Venkateswara, the Defendant in the above-referenced action, and respectfully
request that the adjourned Settlement Conference be scheduled again.

In the Order dated 12/10/24, the honorable court acknowledged that I am proceeding pro se in
the case. It took me a while to find my feet without legal representation, particularly on
operational and procedural requirements. Thank you for your patience.

The plaintiffs claim that the efficacy of the Settlement Conference is dependent on discovery.
However, the Conference was originally scheduled to seek quick resolution to this conflict, and
to avoid a resource intensive discovery process in the first place. I have conveyed to the plaintiffs
more than once that I am ready to share all relevant documents as soon as a protective order is in
place. A draft of the order was shared with the plaintiffs on Sep 26, 2024.

Now that it is established that I am proceeding pro se, and that the Settlement Conference was never dependent on discovery, I respectfully request that the Settlement Conference be scheduled at the earliest convenience of the honorable judge.

Respectfully submitted,

Dated:  December 13, 2024

/s/
Defendant Anand Venkateswaran

Cc: Robert Wasnofski (By email)

The Court is in receipt of the Defendant's request for a settlement and the Plaintiff's opposition to that request. Dkt. No. 81-82. Defendant's request for a settlement conference is **DENIED.** The Court is always interested in the prompt resolution of a case, however settlement conferences are only productive if both sides are interested in settlement. If a joint interest arises, please reach out to the Court.

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
December 17, 2024

2