**DENTONS**

|  |  |  |
|---|---|---|
| **Robert M. Wasnofski, Jr.**<br>Partner<br>robert.wasnofski@dentons.com<br>D   +1 212-768-6748 | | Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1089<br>United States<br><br>dentons.com |

December 24, 2024

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, **No. 1:23-cv-05074-JPO**
     **Letter Motion for Entry of Protective Order**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd. ("Portkey") and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action.  We write pursuant to Rules 1(A) and 4(B) of Your Honor's Individual Rules and Practices in Civil Cases to respectfully move the Court for entry of Plaintiffs' Proposed Protective Order, which is attached to this letter motion at Exhibit A.

The parties have engaged in belabored negotiations over a draft protective order over the past three months.  Plaintiffs first sent Defendant Anand Venkateswaran's ("Defendant") prior counsel a draft protective order on September 19, 2024.  Rather than providing edits to this draft, Defendant's prior counsel provided an entirely new draft protective order on September 26, 2024, while counsel's motion to withdraw was pending.  Following defense counsel's withdrawal and a 45-day adjournment of all deadlines while Defendant determined whether he would proceed *pro se*, on December 13, 2024, Plaintiffs provided redlines on Defendant's version of the draft, removing the Outside Attorneys' Eyes Only language, as it is Plaintiffs' position that it is inapplicable to this case.

Defendant, who is now proceeding *pro se*, did not provide any comments on the revised draft until a meet and confer call on December 23, 2024.  During that call, Defendant repeated his position that he will not produce any documents (including non-confidential documents) until entry of a protective order.  When Plaintiffs' counsel indicated that the parties could file the Proposed Protective Order that same day, Defendant stated that he could not provide any comments on the draft at that time and would have to consider the issue and get back to Plaintiffs around January 10, 2025.  However, Defendant did state that he had no concerns with Plaintiffs themselves

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

viewing his confidential documents and emails, thereby indicating that the "Confidential" designation would be sufficient for purposes of this litigation.

As the meet and confer process on the protective order was unsuccessful, and Defendant has continued to insist upon entry of a protective order before he begins production of responsive documents, Plaintiffs respectfully request that the Court enter the attached Proposed Protective Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

Robert M. Wasnofski, Jr.

cc: Anand Venkateswaran (via ECF)