UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

       Plaintiffs,

v.                                                      Case No. 1:23-cv-5074-JPO

ANAND VENKATESWARAN,

       Defendant.

---

## LETTER MOTION REQUESTING EXTENSION AND PRO BONO COUNSEL

December 23, 2024

**VIA ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 706 New York, NY 10007

Re: Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
(S.D.N.Y.) – Request for Extension and Pro Bono Counsel.

Dear Judge Oetken:

I respectfully request an extension of 60 days for all deadlines, and pro bono counsel in the case,
due to extraordinary circumstances. There are two reasons for this request, which I have briefly
described below.

1. **A medical exigency**: My 14-year-old son had an accident and suffered a compound
   fracture in his leg. He had to undergo a 2.5-hr reconstructive surgery at Mass General
   Hospital, with two foot-long metal implants to keep his shin bones in place. I have
   included the note from the hospital [Exhibit ECF84A]. I cannot overstate the stress this
   has placed on our family.
2. **I am in over my head**: With respect to the case, I had reached out to the Pro Se law
   clinic, confident that with guidance and our own experience with the case so far, we can
   argue our case efficaciously. However, the little bandwidth we have has been shattered
   by the accident. The plaintiffs are uninterested in a settlement conference without lengthy

and resource intensive discovery, and I am being asked for case law to support my stand regarding protections for the data of myself and my family. I am ill equipped for this at this stage. I need help.

I do not wish to waste the court's time and will comply with whatever your honour decides. I want only to be better prepared and give the court the respect and attention this case warrants. For this reason, I respectfully request an extension of 60 days, and that the honourable court provide pro bono counsel to proceed with this case.

Respectfully submitted,

Dated:  December 23, 2024

/s/_____
Defendant Anand Venkateswaran

Cc: Robert Wasnofski (By email)

2