**Massachusetts General Hospital**
Founding Member, Mass General Brigham

MGH ORTHOPEDICS VIRTUAL DEPARTMENT
55 FRUIT ST
BOSTON MA 02114-2621
Dept Phone #: 617-726-2000
Dept Fax #: 617-726-2351

December 9, 2024

No Recipients

Patient:     **Shiva Anand**
MR Number: **8631068**
Date of Birth: **2/16/2010**
Date of Visit: **12/9/2024**

To Whom it May Concern:

Please note that Shiva Anand sustained a fracture of his R tibia and fibula and underwent surgical repair on 12/7/2024. He is currently not permitted to bear weight on his right lower extremity.

Shiva has been advised to remain out of school until he is seen in follow up by Dr. Nikolaos Paschos the week beginning Dec 16, 2024. Thereafter, further updates regarding Shiva's restrictions/precautions will come from Dr. Paschos' office.

Sincerely,

*Lisa C Beyer, PA-C*

Lisa C Beyer, PA-C