AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Portkey Technologies Pte Ltd et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-05074-JPO |
| Anand Venkateswaran | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Portkey Technologies Pte Ltd and Vignesh Sundaresan                                          .

Date:      01/09/2025

*Attorney's signature*

Sara Gates, SG4525
*Printed name and bar number*

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
*Address*

sara.gates@dentons.com
*E-mail address*

(212) 398-5232
*Telephone number*

(212) 768-6800
*FAX number*