UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN, <br><br> Plaintiffs, <br><br> v. <br><br> ANAND VENKATESWARAN, <br><br> Defendant. |

Case No. 1:23-cv-5074-JPO

### APOLOGY FOR MISSING COURT-ORDERED CONFERENCE

Jan 10, 2025


**VIA ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 706 New York, NY 10007

Re: Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
(S.D.N.Y.) – Apology for missing court-ordered conference.

Dear Judge Oetken:

You had ordered a conference between the plaintiffs and I, scheduled for 10:00 am today,
January 10, 2025. I was unable to dial in because of an incident while settling my son back in
school. He began bleeding near the surgery site and it sent us in a tizzy for an hour. While it was
unexpected and not something I could control, I am deeply sorry to have missed this conference.
I apologize for the inconvenience to the court, as well as to the plaintiffs, who I subsequently
reached out to.

I pray that the honorable court looks on this lapse kindly, and promise to have contingencies in
place around important court-mandated dates.

2

Respectfully submitted,

Dated:  January 10, 2025

/s/
Defendant Anand Venkateswaran

Cc: Robert Wasnofski (By email)

2