UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>                     Plaintiffs,<br><br>v.<br><br>ANAND VENKATESWARAN,<br><br>                     Defendant. | Case No. 1:23-cv-5074-JPO |

## SUBMITTED CONSENT FOR ELECTRONIC SERVICE VIA ECF

Jan 10, 2025


**VIA ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 706 New York, NY 10007

Re: Portkey Technologies Pte Ltd. et al. v. Anand Venkateswaran, No. 1:23-cv-05074-JPO
(S.D.N.Y.) – Consent to Electronic Service via ECF.

Dear Judge Oetken:

As instructed, I am submitting consent to electronic service via ECF as an attachment with this
note [Attachment: Consent to ECF]. Thank you.

Sincerely,
Anand Venkateswaran

2

Dated:  January 14, 2025

Respectfully submitted,

/s/

Defendant Anand Venkateswaran