UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD., *et al.*,<br><br>                              Plaintiffs,<br><br>                    -v-<br><br>ANAND VENKATESWARAN,<br>                              Defendant. | 23-CV-5074 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

As discussed during the Court's telephonic conference on January 24, 2025, the parties

shall meet and confer to discuss the next stage of discovery.

The Court orders an initial exchange of documents, as discussed at the conference.  This

discovery will focus on (1) the validity of Plaintiffs' trademarks; (2) actual confusion and the

likelihood of confusion from Defendant's alleged use of Plaintiffs' trademarks, and any related

damages; (3) Defendant's alleged ongoing trademark violations; and (4) nominative and

descriptive fair use of the marks.

The parties shall appear by telephone for a conference with the Court on **April 4, 2025,**

**at 10:30 a.m.**  Participants shall dial 855-244-8681 and use code 2312 828 7066 at that time.

The Clerk of Court is directed to close the motion at Docket Number 86.

SO ORDERED.

Dated: January 24, 2025
       New York, New York

_____
                    J. PAUL OETKEN
                    United States District Judge