**DENTONS** ▶

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

March 31, 2025

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO
       **Request for Adjournment of April 11, 2025 Conference**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action and write pursuant to Rule 3.C of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the status conference that the Court rescheduled for April 11, 2025 at 10:30 a.m.  *See* ECF No. 97.

Plaintiffs' counsel of record has a scheduling conflict that arose before the Court rescheduled the conference.  Plaintiffs therefore respectfully request a brief adjournment of the conference to a later date in April, subject to the Court's availability.  Plaintiffs propose the week of April 14 for the conference.

Plaintiffs' counsel conferred with Defendant regarding this request and Defendant consents to the adjournment request.

Though this is not the first request for an adjournment of a deadline in this matter (*see* ECF Nos. 35, 77, 86), and the Court granted the prior requests (*see* ECF Nos. 36, 78, 94), this is the first request for an extension of the status conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

Robert M. Wasnofski, Jr.

cc: Anand Venkateswaran (via ECF)

Puyat Jacinto & Santos ▶ Link Legal ▶ Zaanouni Law Firm & Associates ▶ LuatViet ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms