**DENTONS**

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D   +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

June 18, 2025

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO
          **Request for Adjournment of June 24, 2025 Conference**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action and write pursuant to Rule 3.C of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the status conference that the Court scheduled for June 24, 2025 at 11:30 a.m.  *See* April 18, 2025 Minute Entry.

Plaintiffs' counsel of record has a scheduling conflict and therefore respectfully requests a brief adjournment of the conference to the week of June 30 or July 7–10, 2025, subject to the Court's availability.

Plaintiffs' counsel reached out to Defendant but was not able to get in touch with Defendant regarding this request.

This is the first request for an extension of the July 24, 2025 status conference.  Between them, the parties previously requested four adjournments, which were granted by the Court in this matter. *See* ECF Nos. 36, 78, 94, 99.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

Robert M. Wasnofski, Jr.

cc: Anand Venkateswaran (via ECF)

Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms