**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

                    Plaintiffs,

    —against—

ANAND VENKATESWARAN,

                    Defendant.

Civil Case No. 1:23-cv-5074-JPO

**NOTICE OF LIMITED**
**APPEARANCE OF *PRO BONO***
**COUNSEL**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that I, Lisa M. Ferri of Mayer Brown LLP, hereby enter my appearance as *pro bono* counsel for Defendant Anand Venkateswaran in the above-captioned matter for the limited purpose of assisting with fact discovery. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the City Bar Justice Center's SDNY Federal Pro Se Legal Assistance Project.

Dated:  New York, New York
       August 18, 2025

*Lisa M. Ferri*
_____
Lisa M. Ferri

MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 506-2500
Fax:  (212) 262-1910