**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>       Plaintiffs,<br><br> —against—<br><br>ANAND VENKATESWARAN,<br><br>       Defendant. | Civil Case No. 1:23-cv-5074-JPO<br><br>**NOTICE OF LIMITED**<br>**APPEARANCE OF *PRO BONO***<br>**COUNSEL** |

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE, that I, Trenten Swinton of Mayer Brown LLP, hereby enter my appearance as *pro bono* counsel for Defendant Anand Venkateswaran in the above-captioned matter for the limited purpose of assisting with fact discovery. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the City Bar Justice Center's SDNY Federal Pro Se Legal Assistance Project.


Dated:  New York, New York
   August 18, 2025

              _____
              Trenten Swinton


              MAYER BROWN LLP
              1221 Avenue of the Americas
              New York, NY 10020
              Phone: (212) 506-2500
              Fax:  (212) 262-1910