**DENTONS**

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

August 27, 2025

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, **No. 1:23-cv-05074-JPO**
        **Joint Status Letter**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the above-referenced action.  We write jointly with limited-appearance pro bono counsel for Defendant Anand Venkateswaran, pursuant to the Court's order during the July 1, 2025 status conference, to provide a status update to the Court.

The parties report that they have reached a settlement in principle and are currently working to prepare settlement documents.  In light of the foregoing, the parties have agreed to pause their discovery efforts to allow time to finalize a settlement of this action.

The parties therefore respectfully request that the Court schedule a status conference for the week of September 29, 2025, should the parties not conclude a settlement by that date.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

Robert M. Wasnofski, Jr.