AO 120 (Rev. 08/10)

| TO: | Mail Stop 8 **Director of the U.S. Patent and Trademark Office** P.O. Box 1450 Alexandria, VA 22313-1450 | REPORT ON THE **FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  U.S. District Court S.D.N.Y. 500 Pearl Street, New York NY 100  on the following

☑ Trademarks or      ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 23-cv-05074 | DATE FILED 6/15/2023 | U.S. DISTRICT COURT U.S. District Court S.D.N.Y. 500 Pearl Street, New York NY 1000 |
|---|---|---|
| PLAINTIFF Portkey Technologies Pte Ltd, Vignesh Sundaresan | | DEFENDANT Anand Venkateswaran |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | MM202300404Q | | Portkey |
| 2 | 79341844 | | Portkey |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ECF 112 |

| CLERK Tammi M. Hellwig | (BY) DEPUTY CLERK S/V.Frrokaj | DATE 8/28/2025 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Print        Save As...        Reset