**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PORTKEY TECHNOGIES PTE LTD. and
VIGNESH SUNDARESAN,

                    Plaintiffs,

    —against—

ANAND VENKATESWARAN,

                    Defendant.

Civil Case No. 1:23-cv-5074-JPO

**AMENDED NOTICE OF LIMITED**
**APPEARANCE OF *PRO BONO***
**COUNSEL**

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE, that I, Lisa M. Ferri of Mayer Brown LLP, hereby enter my appearance as *pro bono* counsel for Defendant Anand Venkateswaran in the above-captioned matter for the limited purposes of assisting with fact discovery and representing the Defendant in connection with efforts to resolve this action, including, without limitation, participating in settlement discussions, mediation, or other alternative dispute resolution proceedings. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the City Bar Justice Center's SDNY Federal Pro Se Legal Assistance Project.

Dated:  New York, New York
       September 8, 2025

                                    *Lisa M. Ferri*
                                    Lisa M. Ferri

                                    MAYER BROWN LLP
                                    1221 Avenue of the Americas
                                    New York, NY 10020
                                    Phone: (212) 506-2500
                                    Fax:  (212) 262-1910