**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN, | Civil Case No. 1:23-cv-5074-JPO |
| Plaintiffs, | |
| —against— | **AMENDED NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL** |
| ANAND VENKATESWARAN, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that I, Shantelle L. LaFayette of Mayer Brown LLP, hereby enter my appearance as *pro bono* counsel for Defendant Anand Venkateswaran in the above-captioned matter for the limited purposes of assisting with fact discovery and representing the Defendant in connection with efforts to resolve this action, including, without limitation, participating in settlement discussions, mediation, or other alternative dispute resolution proceedings. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the City Bar Justice Center's SDNY Federal Pro Se Legal Assistance Project.

Dated:  New York, New York
         September 8, 2025

_____
Shantelle L. LaFayette

MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 506-2500
Fax:  (212) 262-1910