**DENTONS**

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 13, 2025

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**  *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO
**Request to Reopen Action**

Dear Judge Oetken:

We represent Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-referenced action.  We write pursuant to the Court's August 28, 2025 and October 14, 2025 Orders, ECF Nos. 112 and 119, to request that the Court reopen this action.

Despite the parties having reached an agreement on all material terms, the parties still have not finalized a written settlement agreement.  Accordingly, Plaintiffs request that the Court reopen this action and schedule a status conference for approximately thirty (30) days from now, subject to the Court's convenience.  In the event that the parties finalize a written settlement agreement ahead of the next status conference, Plaintiffs will promptly notify the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert M. Wasnofski, Jr.*

Robert M. Wasnofski, Jr.

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**