

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Shantelle L. LaFayette**
Associate
T: +1 212 506 2174
SLaFayette@mayerbrown.com

December 17, 2025

<u>BY ECF</u>

The Honorable Judge Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    ***Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO**

Dear Judge Oetken:

We represent Defendant Anand Venkateswaran in the above-captioned matter.

Despite the Court's request that the parties submit a joint letter regarding the status of our settlement discussions today, Plaintiffs filed a letter with the Court without prior notice to us, asking that this case be reopened. We do not join in Plaintiffs' request that the case be reopened and litigation resumed. Defendant's position is set out in the accompanying joint status letter to the Court, which both parties contributed to.

Respectfully,

*/s/ Shantelle L. LaFayette*

Shantelle L. LaFayette
Associate

cc:    All counsel of record

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).