

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

December 17, 2025

**Shantelle L. LaFayette**
Associate
T: +1 212 506 2174
SLaFayette@mayerbrown.com

VIA ECF

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   ***Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO**
           **Joint Status Letter**

Dear Judge Oetken:

As counsel to the parties in the above-referenced action, we write jointly to provide an update regarding the status of settlement discussions, in accordance with the Court's November 17, 2025 Order.  *See* ECF No. 121.

**Plaintiffs' Position**

As Portkey Technologies Pte Ltd. and Vignesh Sundaresan (collectively, "Plaintiffs") previously relayed in their correspondence to the Court (ECF Nos. 118, 120), despite the parties having reached an agreement on all material terms in August 2025, the parties still have not finalized a written settlement agreement.  The parties have exchanged numerous draft settlement documents since September 2025.  Most recently, Plaintiffs sent Defendant their proposed changes to the settlement documents on November 25, 2025; Defendant sent Plaintiffs his proposed changes to the settlement documents on December 10, 2025; and early this morning Plaintiffs sent Defendant further proposed revisions.

As noted in Plaintiffs' letter to the Court of earlier today (ECF No. 122), Plaintiffs request that the Court reopen this action.  In the event that the parties finalize a written settlement agreement, Plaintiffs will promptly notify the Court.

Plaintiffs do not concur with Defendant's request to schedule a mediation.  Mr. Sundaresan resides in Singapore.  Travel to attend an in-person mediation, which would involve a 19-hour flight each way, would therefore be extremely time-consuming and costly.

**Defendant's Position**

We represent Defendant Anand Venkateswaran ("Mr. Venkateswaran," or the "Defendant") in the above-referenced action. At the request of the City Bar Justice Center's SDNY Federal Pro Se Legal Assistance Project, Mayer Brown entered  limited notices of appearance as pro bono counsel

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

Mayer Brown LLP

Hon. J. Paul Oetken
December 17, 2025
Page 2

for Mr. Venkateswaran on August 18, 2025, to assist solely with fact discovery. However, our firm subsequently entered amended limited notices of appearance to include the facilitation of all dispute resolution efforts after learning that the parties had reached a settlement in principle during the preceding 10 months while Mr. Venkateswaran had been *pro se.*

Since Plaintiffs circulated their initial proposed Settlement Agreement and Final Judgment Upon Consent on September 9, 2025, the parties have exchanged revisions and comments over the ensuing fourteen weeks. On September 25, 2025, Defendant responded with proposed revisions and substantive comments and suggested a meeting to discuss. On October 2 and 8, Defendants incorporated their proposed revisions and comments into marked-up versions of the Settlement Agreement and Consent Judgment and provided those drafts to Plaintiffs for review. On November 25, Plaintiffs responded to Defendant's proposals and made additional revisions. On December 10, Defendant replied to Plaintiffs' latest edits and proposed further changes. On December 17, Plaintiffs returned another round of edits and requested that Defendant finalize and execute the settlement papers by the end of the day if agreed.

While Defendant believes the parties have reached agreement on the material terms necessary to resolve this matter, the parties have not yet achieved consensus on finalizing the documents required to effectuate the resolution or on certain provisions clarifying the scope of obligations to ensure full and reliable compliance by Defendant. Defendant believes that this impasse does not warrant reopening this matter and resuming litigation. Doing so would needlessly consume this Court's and parties' time and resources. The parties are very close to a final, executable settlement and very well may be able to do so within the next two weeks.  Should that not happen, Defendant believes that the parties would benefit from a focused, facilitated dialogue to resolve the residual points.

Accordingly, Defendant respectfully requests that the Court order the parties to a mediation before Magistrate Judge Willis, and importantly, have the named parties participate in-person at the mediation.  Defendant also believes a status conference may provide the necessary facilitation to accomplish resolution.  Should the Court hold a status conference, Defendant would respectfully ask that the case remain closed (i.e., status quo) until that time, or until the mediation is set.

We jointly thank the Court for its consideration of these requests.

Hon. J. Paul Oetken
December 17, 2025
Page 3

Respectfully submitted,

| | |
|---|---|
| */s/ Robert M. Wasnofski, Jr.* | */s/ Shantelle L. LaFayette* |
| Robert M. Wasnofski, Jr. | Shantelle L. LaFayette |
| DENTONS US LLP | MAYER BROWN LLP |
| 1221 Avenue of the Americas | 1221 Avenue of the Americas |
| New York, NY 10020-1089 | New York, NY 10020-1001 |
| Tel. (212) 768-6700 | Tel. (212) 506-2500 |
| robert.wasnofski@dentons.com | slafayette@mayerbrown.com |
| | |
| *Attorneys for Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan* | *Attorneys for Defendant Anand Venkateswaran* |