**DENTONS**

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

January 2, 2026

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO**
        **Joint Status Letter**

Dear Judge Oetken:

As counsel to the parties in the above-referenced action, we write jointly to provide an update regarding the status of settlement discussions, and to provide the parties' respective position regarding mediation, in accordance with the Court's December 18, 2025 Order. *See* ECF No. 125.

The parties have continued to make progress towards concluding a written settlement agreement and proposed consent judgment, and anticipate being able to conclude the same and to file a proposed consent judgment with the Court within the next week.  Most recently, Defendant sent Plaintiffs his proposed changes to the settlement documents on December 19, 2025; Plaintiffs sent Defendant their proposed changes to the settlement documents on December 22, 2025; and Defendant sent Plaintiffs his further proposed revisions on December 29, 2025, which are currently being considered by Plaintiffs.

**Plaintiffs' Position:**  Plaintiffs request that the action be reopened with the goal that the parties will be able to file a proposed consent judgment with the Court within seven days.  If a consent judgment is not filed within that period, Plaintiffs request that the action proceed accordingly.  The Plaintiffs do not consent to mediation.

**Defendant's Position:**   Since the parties' December 17, 2025 joint status update, they have continued to make meaningful progress toward a final resolution; however, final settlement papers have not yet been executed. The parties are working through some minor revisions and once that is completed Defendant is prepared to promptly execute the Settlement Agreement and promptly file the proposed Consent Judgment with the Court. Given the parties' near-complete progress, Defendant respectfully requests a one-week extension of the current January 2 deadline set by the Court's December 18, 2025 Order to allow the parties to finalize and execute the settlement

**Puyat Jacinto & Santos ► Lnk Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

documents without burdening the Court or the parties with resuming litigation unnecessarily.  For this reason, the Defendant does not believe the action should be re-opened at this time.

The parties are very close to an executable agreement and expect to resolve the remaining issues within that timeframe. If, notwithstanding this short extension, the parties are unable to finalize the settlement, Defendant respectfully requests that the Court order an in-person mediation before Magistrate Judge Willis and/or schedule a status conference, and that the case remain closed, with the status quo maintained, pending that proceeding or the setting of the mediation.

The parties thank the Court for its consideration.

Respectfully submitted,

Hon. J. Paul Oetken
December 17, 2025
Page 3

dentons.com

   /s/ Samuel J. Weiner
Samuel J. Weiner
Robert M. Wasnofski, Jr.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel. (212) 768-6700
samuel.weiner@dentons.com
robert.wasnofski@dentons.com

*Attorneys for Plaintiffs Portkey Technologies
Pte Ltd. and Vignesh Sundaresan*

   /s/ Shantelle L. LaFayette
Shantelle L. LaFayette
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Tel. (212) 506-2500
slafayette@mayerbrown.com

*Attorneys for Defendant Anand Venkateswaran*