

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

January 7, 2026

**Shantelle L. LaFayette**
Associate
T: +1 212 506 2174
SLaFayette@mayerbrown.com

<u>VIA ECF</u>

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Portkey Technologies Pte Ltd. et al. v. Venkateswaran***, **No. 1:23-cv-05074-JPO**
**- Status Update Regarding Related Filing**

Dear Judge Oetken:

As pro bono counsel for Defendant in the above-referenced matter, with the approaching Friday deadline to inform the court regarding settlement discussions, we write to briefly inform the Court of developments that may bear on the parties' ongoing efforts to timely resolve this case.

On December 18, 2025, Plaintiffs filed a petition in the District Court of Fort Bend County, Texas, alleging breach of the settlement agreement that the parties are currently negotiating, and seeking damages and specific performance. On December 19, 2025, Plaintiffs' counsel notified us of the filing and indicated that Plaintiffs would be willing to withdraw the petition only if Defendant executed the revised settlement documents as circulated on December 17, 2025. As the parties advised the Court earlier this week, they have remained actively engaged in settlement discussions since that time.

On January 6, 2026, Defendant was served with the Texas petition. While Defendant disputes the allegations and Plaintiffs' tactics, he remains optimistic that this will not impede the parties' near-final progress on settlement in this action. We will update the Court as appropriate.

Respectfully submitted,

Shantelle L. LaFayette
Associate

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

1755861124