**DENTONS**

**Sara Gates**
Senior Managing Associate

sara.gates@dentons.com
D   +1 212-398-5232

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 9, 2026

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, **No. 1:23-cv-05074-JPO**
**Joint Status Letter**

Dear Judge Oetken:

As counsel to the parties in the above-referenced action, we write jointly to provide an update regarding the status of settlement discussions, and to provide the parties' respective position regarding mediation, in accordance with the Court's January 5, 2026 Order.  *See* ECF No. 127.

Since the parties' January 2, 2026 update, the parties have continued to work toward finalizing a written settlement agreement and proposed consent judgment. The parties have reached an agreement on the few issues that had been outstanding and anticipate that they will be able to conclude a written settlement agreement and file a proposed consent judgment with the Court within seven days.

**Plaintiffs' Position:**  Plaintiffs request that the action be reopened.  Although Plaintiffs anticipate that the parties will conclude a written settlement agreement and file a proposed consent judgment with the Court within seven days, Plaintiffs request that the action be reopened so as to preserve their rights in the event that the parties do not conclude a written settlement agreement and/or file a proposed consent judgment within that period. Furthermore, Plaintiffs understand that the action must be reopened in order for the parties to file a proposed consent judgment. Plaintiffs do not consent to mediation.

**Defendant's Position:** As of today, the parties have reached an agreement in principle resolving all outstanding issues relating to the Settlement Agreement and the Consent Judgment. They intend to finalize the language to memorialize the recently negotiated terms in those documents in the coming days. Accordingly, the parties would benefit from a brief extension to complete and execute the Settlement Agreement and, thereafter, to submit the proposed Consent Judgment to the Court. Defendant respectfully requests a one-week extension of the current January 9 deadline

**DENTONS**

to allow the parties to finalize and execute the settlement documents without unnecessarily burdening the Court or the parties with a resumption of litigation. Once the Settlement Agreement has been executed and the parties are prepared to file the proposed Consent Judgment, the parties will submit the Consent Judgment by PACER to allow the Court to enter a final resolution of the matter. If the parties are unable to execute the Settlement Agreement within the next seven days, Defendant respectfully requests that the Court order an in-person mediation before Magistrate Judge Willis and/or schedule a status conference, and that the case remain closed, with the status quo maintained, pending that proceeding or the setting of the mediation.

The parties thank the Court for its consideration.

Respectfully submitted,


| | |
|---|---|
| /s/ Sara Gates | /s/ Shantelle L. LaFayette |
| Sara Gates | Shantelle L. LaFayette |
| DENTONS US LLP | MAYER BROWN LLP |
| 1221 Avenue of the Americas | 1221 Avenue of the Americas |
| New York, NY 10020-1089 | New York, NY 10020-1001 |
| Tel. (212) 768-6700 | Tel. (212) 506-2500 |
| sara.gates@dentons.com | slafayette@mayerbrown.com |
| | |
| *Attorneys for Plaintiffs Portkey Technologies Pte Ltd. and Vignesh Sundaresan* | *Attorneys for Defendant Anand Venkateswaran* |