**DENTONS**

| | | |
|---|---|---|
| **Robert M. Wasnofski, Jr.**<br>Partner<br><br>robert.wasnofski@dentons.com<br>D   +1 212-768-6748 | | Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1089<br>United States<br><br>dentons.com |

January 27, 2026

VIA ECF
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    *Portkey Technologies Pte Ltd. et al. v. Venkateswaran*, No. 1:23-cv-05074-JPO**
**Joint Status Letter**

Dear Judge Oetken:

As counsel to the parties in the above-referenced action, we write jointly to provide an update regarding the status of settlement discussions, in accordance with the Court's January 20, 2026 Order.  *See* ECF No. 132.

The parties are pleased to advise that they have executed a confidential written settlement agreement.  As a term of settlement, the parties also executed a proposed consent judgment, which Plaintiffs will submit to the Court this afternoon.  The parties therefore respectfully request that the Court reopen the action and enter the proposed consent judgment.  As such, mediation will not be necessary.

The parties thank the Court for its attention to this matter.

Respectfully submitted,


  /s/ Robert M. Wasnofski, Jr.                                  /s/ Shantelle L. LaFayette
Robert M. Wasnofski, Jr.                            Shantelle L. LaFayette
DENTONS US LLP                                      MAYER BROWN LLP
1221 Avenue of the Americas                  1221 Avenue of the Americas
New York, NY 10020-1089                        New York, NY 10020-1001
Tel. (212) 768-6700                                   Tel. (212) 506-2500
robert.wasnofski@dentons.com               slafayette@mayerbrown.com

*Attorneys for Plaintiffs Portkey Technologies*     *Attorneys for Defendant Anand Venkateswaran*
*Pte Ltd. and Vignesh Sundaresan*