UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

                Plaintiff,

    -against-

ANAND VENKATESWARAN,

                Defendant.

Civil Case No. 1:23-cv-5074-JPO

### [PROPOSED] FINAL JUDGMENT UPON CONSENT

Plaintiffs Portkey Technologies Pte Ltd. ("Portkey") and Vignesh Sundaresan ("Sundaresan") (collectively, Portkey and Sundaresan are referred to as "Plaintiffs") having filed a Complaint in the instant action ("Action") against defendant Anand Venkateswaran ("Defendant," and together with Plaintiffs, "Parties") asserting claims for, *inter alia*, trademark infringement under 15 U.S.C. § 1125(a), injury to business reputation and dilution under N.Y. Gen. Bus. L. § 360-l, and trademark infringement under state-law, and seeking a permanent injunction, damages, and other relief; the Parties desiring to settle the controversy between them without any admission of liability and having entered into a confidential settlement agreement on January 23, 2026 ("Settlement Agreement") providing for, *inter alia*, the entry of a Final Judgment Upon Consent; the Parties consenting to this Final Judgment Upon Consent, to its prompt entry by the Court, and to each and every provision, order, and decree herein; the Parties also agreeing that this Final Judgment Upon Consent adjudicates all claims that could have been asserted in the action, whether known or unknown, and waiving any and all rights of appeal; and for good cause;

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

1

1.      This Court has jurisdiction over the Parties and over the subject matter hereof pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

2.      Venue is proper in this District.

3.      Portkey is the owner of the following trademarks including common law rights therein and, where applicable, the corresponding United States trademark registrations and applications (collectively, "Portkey Marks"):

| Reg. No. / App. Ser. No. | Trademark |
| --- | --- |
| R/N 7251142 | METAPURSE |
| S/N 79403296 | TWOBADOUR |
| R/N 7960940 | DREAMVERSE |
| R/N 7251143 | METAKOVAN |
| n/a | PORTKEY |

Such rights are valid and subsisting and are in full force and effect and have never been abandoned.

4.      Defendant and Defendant's successors, assigns, affiliates, employees, representatives, agents, attorneys, all entities operated and/or controlled by Defendant, and all persons or entities acting in concert or in participation with Defendant are, to the extent their statements or conduct is directed at or accessible to persons in the United States, permanently enjoined and restrained, directly or indirectly from:

(a)     offering, rendering, and/or promoting any goods or services in connection with the Portkey Marks or any counterfeit, copy, or colorable imitation thereof;

(b)     except to the extent expressly permitted herein and in the Settlement Agreement, referencing or using the Portkey Marks, and/or causing the Portkey Marks to be used;

(c)     making any statements that expressly or impliedly claim or suggest that Defendant was or is a founder, co-founder, creator, co-creator, owner, co-owner, organizer, co-organizer, christener, co-christener of, fund manager, co-fund manager, steward,

co-steward, partner, friend, executive producer, co-executive producer, producer, co-producer of, or otherwise responsible for establishing, Twobadour**,** Metapurse, Dreamverse, Metakovan, or Portkey;

(d)    except as expressly permitted herein and in the Settlement Agreement, making any statements regarding Defendant's former role at Portkey, including statements that expressly or impliedly claim or suggest that Defendant (i) was responsible for or somehow involved in the purchase of the "the Beeple (b. 1981), EVERYDAYS: THE FIRST 5000 DAYS" artwork, or any other NFTs or other digital assets purchased or produced by Portkey, Twobadour, Metapurse, Metakovan or Sundaresan (collectively, "Plaintiffs' Digital Assets"), (ii) had or has an ownership interest in Plaintiffs' Digital Assets, or (iii) is or was responsible for or somehow involved in or with any of Portkey's services, projects, productions, events, investment decisions, portfolio valuations, Plaintiffs' Digital Assets, or financial success;

(e)    distributing, using, or referencing testimonials from others that contain statements or averments that are otherwise prohibited under the terms hereof. For clarity, this provision does not impose any duty on Defendant to monitor or police independent third-party content or distribution;

(f)    knowingly encouraging others to engage in conduct that is otherwise prohibited under the terms hereof

(g)    adding his name, image, or likeness to websites or online profiles referencing or associated with Plaintiffs, Twobadour, Metapurse, Dreamverse, or Metakovan;

(h)    except as expressly permitted herein and in the Settlement Agreement, responding to any questions or inquiries that mention Portkey, Twobadour, Metapurse, Dreamverse, Metakovan, or Sundaresan, other than to state or respond in a manner substantially consistent with the statement, "I decline to comment," unless the question or inquiry refers specifically to his prior relationship with Portkey, in which case Defendant shall be permitted to state his role with regard to Portkey with statements substantially similar to the following: "from August 2017 through and including February 2022, I/Venkateswaran provided independent-contractor marketing and communication services for various projects involving NFTs to Portkey Technologies Pte Ltd"; and

(i)    using or accessing any internet profiles, including but not limited to all social media profiles and servers/channels, previously or currently associated with Portkey, Twobadour, Metakovan, Sundaresan, Dreamverse, and/or Metapurse, including the Discord account formerly known as "Twobadour" (and later changed to "Magizhan"), the Discord account "Dreamverse," the Discord account "Metapurse," the Discord account "B20," the Discord account "Lendroid," the Discord account "WhaleStreet," the Kraken account created using Twobadour's email address, and profiles on the websites Writer's Association, Coindesk, and KnownOrigin (collectively, "Portkey Social Media Profiles"). To the extent Defendant is a member of, follower of, or associated with any of the Portkey Social Media Profiles, Defendant shall, within ten (10) days after entry of this Final Judgment Upon Consent, unfollow or leave same.

5.      Defendant shall pay Plaintiffs a settlement payment of an undisclosed amount as set forth in the Settlement Agreement ("Settlement Payment"), which amount shall be treated as confidential. No other award for damages, profits, interests, costs, or disbursements is made herein and all Parties are to bear their own costs and attorney's fees.

6.      Defendant shall, within ten (10) days after entry of this Final Judgment Upon Consent, remove any content or statements prohibited by Paragraph 4 from the social media pages, online blogs, and websites under Defendant's control, if any.

7.      Defendant shall, within thirty (30) days after entry of this Final Judgment Upon Consent, as specified in the Settlement Agreement, use reasonable efforts to have any content or statements prohibited by Paragraph 4 removed from the social media pages, online blogs, websites, and other media not in Defendant's control, as identified in Exhibit A, by sending a letter (including by electronic mail) in the form attached as Exhibit B to the third parties associated with the websites and media identified in Exhibit A with a copy to Plaintiffs' counsel. For the avoidance of doubt, this provision does not require Defendant to (1) monitor or police independent third-party content, including the content identified in Exhibit A, (2) do more than use reasonable efforts to identify an appropriate third party capable of removing content and to send the letter to that party; or (c) ensure that any third party complies with the request in the letter or take any action beyond sending the letter to seek compliance.

8.      Defendant shall, within ten (10) days after entry of this Final Judgment Upon Consent, publish the public statement in Exhibit C ("Public Statement") on X, LinkedIn, Instagram, Facebook, Mirror, Ghost, Cent, Medium, and any other social media pages, blogs, or websites for which Defendant has an account that he controls and/or can still access, and shall keep it posted thereon for at least six (6) months. Notwithstanding the foregoing, without limitation,

Defendant shall post the Public Statement to his accounts at linkedin.com/in/viananda, x.com/viananda, and instagram.com/viananda. The Public Statement shall also be posted on any new social media pages, blogs or websites created by Defendant within six (6) months after entry of this Final Judgment Upon Consent.

9.      Defendant shall, within thirty (30) days after entry of this Final Judgment Upon Consent, file with the Court and serve upon counsel for Plaintiffs a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with and completed the actions ordered herein, pursuant to 15 U.S.C. § 1116(a). Notwithstanding the foregoing, Defendant must treat the Settlement Payment and the other terms of the Settlement Agreement as confidential and shall not publicly disclose any confidential settlement terms in the written report to be filed with the Court.

10.      Defendant shall, within ten (10) days after entry of this Final Judgment Upon Consent,   provide a copy hereof to all of his successors, assigns, affiliates, employees, representatives, agents, attorneys, all entities operated and/or controlled by him, and all persons or entities acting in concert or in participation with him, or at his direction or under his control, if any.

11.      The Court maintains exclusive jurisdiction to enforce this Final Judgment Upon Consent and the provisions of the Settlement Agreement. The Parties acknowledge that the prevailing party in any motion or proceeding under this Paragraph 11 shall be awarded its reasonable attorneys' fees and costs. Defendant consents to this Court's personal jurisdiction for any such motion or proceeding.

12.      The Clerk of this Court is directed to enter this Final Judgment Upon Consent forthwith, without further notice.

**SO AGREED:**

VIGNESH SUNDARESAN

Dated:  January 23, 2026

Name: Vignesh Sundaresan

PORTKEY TECHNOLOGIES PTE LTD.

Dated:  January 23, 2026

Name: Vignesh Meenakshi Sundaram
Title: Chief Executive Officer

ANAND VENKATESWARAN

Dated: January 21, 2026            By:_

Name: Anand Venkateswaran

**JUDGMENT IS HEREBY ENTERED.**

Dated: _____        _____
                                                            United States District Judge

**Exhibit A**

**Speaker Bios:**
- TieCon2023 Bio, located at: https://www.tiecon.org/speakers
- Coindesk Consensus Bio, located at: https://consensus2023.coindesk.com/agenda/speaker/-anand-venkateswaran
- https://www.coindesk.com/tv/nft-all-stars/nft-all-stars-february-8-2022-20220208/
- World Association of Publishers Bio, located at: https://wan-ifra.org/event_speakers/twobadour-panaar/
- Red Sea International Film Festival Bio, located at: https://redseafilmfest.com/en/red-sea-360/
- Flipkart Stories Bio, located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/
- JLF New York, September 12-14, 2022, Bio, located at: https://jlflitfest.org/new-york/speaker/anand-venkateswaran
- Blockchain Council Bio, located at: https://www.blockchain-council.org/event-webinar/hacking-the-creator-economy/
- FITC Bio, located at: https://fitc.ca/speaker/twobadour /

**Book:**
- Anna Bolz, *A Regulatory Framework for the Art Market?: Authenticity, Forgeries and the Role of Art Experts* (pages 32, 39), located at: https://shorturl.at/mvYmt

**Video Podcasts:**
- Consensus Coin Desk, Who Are You in Web3? Exploring Tokenized Identity, located at: https://consensus2023.coindesk.com/agenda/event/-who-are-you-in-web3a-exploring-tokenized-identity-328
- Layer-E, I Dig That! - Episode 1 | Candid conversations on web3, AI, culture, and art, located at: https://www.youtube.com/watch?v=9jV0owk7TwY"
- Unstoppable Domains, The Story of Buying Beeple's NFT for $69M | The Unstoppable Podcast Clips, located at: https://www.youtube.com/watch?v=rzTpAJ_hSN4
- The Unstoppable Podcast, 163 - From Buying a Beeple NFT for $69M to Bringing Web3 to India's Biggest E-Commerce Enterprise with Anand Venkateswaran at eDAO, located at: https://podcast.unstoppabledomains.com/episodes/163-from-buying-a-beeple-nft-for-69m-to-bringing-web3-to-indias-biggest-e-commerce-enterprise-with-anand-venkateswaran-at-edao
- Unstoppable Domains, From Buying A Beeple NFT for $69M To Bringing Web3 To India's Biggest Ecommerce Enterprise | Ep. 163, located at: https://www.youtube.com/watch?v=deBtX4WVGC8
- Oxpolygon, Polygon x SuperLayer present: Web3 Revealed, located at: https://www.youtube.com/watch?v=7lYMILF36YA&t=9666s
- BlockChain Council, Hacking The Creator Economy – The Blockchain Council Podcast https://www.youtube.com/watch?v=20yeYKwWveQ
- Superteam Podcast, Sure shot signs of a good NFT? | 2 simple ways to choose NFTs | Superteam Clips, located at: https://www.youtube.com/watch?v=6GW6rjPZzq4&list=RDCMUCi-pkXLbm7sqXFhV1NBLUfQ&index=2
- Superteam Podcast, Buying a 550 CRORE NFT in a Crypto Auction! | Superteam Clips https://www.youtube.com/watch?v=fmfOJ1owItQ

- Superteam Podcast, Future of Media ft. eDAO, located at: https://www.youtube.com/watch?v=yB53hDQ_oz4
- The Tamil Creator, EP 20 (FULL RECORDING) | Anand Venkateswaran | Crypto Tinhorn Who Helped Purchased $69M NFT, located at: https://www.youtube.com/watch?v=Usa2SsQGBDI
- NFTeaseMe, NFTeaseMe: Ep 3 : NFTs and The Metaverse ft. Twobadour (from Metapurse), located at: https://www.youtube.com/watch?v=sY7mdxvzaAU

**Articles:**

- Retina, Translated text: Anand Venkateswaran: The current experience in Web3 is crap, located at: https://retinatendencias.com/negocios/anand-venkateswaran-la-experiencia-actual-en-la-web3-es-una-mierda/
- Traders union, Top 15 most expensive NFTs in history, located at: https://tradersunion.com/interesting-articles/nft-tokens-what-are-they/most-expensive-nft/
- The Conversation, NFTs in the art world: A revolution or ripoff?, located at: https://theconversation.com/nfts-in-the-art-world-a-revolution-or-ripoff-191299
- The Hardcopy, Creating an Inter-dimensional Identity for eDAO, located at: https://thehardcopy.co/case-study-brand-identity-creating-an-inter-dimensional-identity-for-edao/
- Music plus +, Metaverse IPs go beyond favoured playlist discovery and top-tier artists, says eDAO's Mairu Gupta, located at: https://www.musicplus.in/metaverse-ips-playlist-discovery-top-tier-artists-edao-mairu-gupta/
- Wide Walls, Here is What the Split of the Duo That Bought the Legendary Beeple NFT Will Mean for the Future of Crypto Art, located at: https://news.artnet.com/market/metakoven-and-twobadour-split-2152109
- NLa Gazette Drouout, L'Observatoire : Metapurse, à la pointe des NFT, located at: https://www.gazette-drouot.com/article/l-observatoire--3A-metapurse-%C3%A0-la-pointe-des-nft/37946
- exibart, Olafur Eliasson entra nel mondo NFT, con un'installazione virtuale, located at: https://www.exibart.com/arte-contemporanea/olafur-eliasson-entra-nel-mondo-nft-con-installazione-virtuale /
- Artnet, Metakovan and Twobadour Joined Forces to Buy the $69.3 Million Beeple. Here's What Their Split Tells Us About the Future of the NFT Market, located at: https://news.artnet.com/market/metakoven-and-twobadour-split-2152109
- The American Bazaar, Jaipur Literature Festival returns to New York, located at: https://www.americanbazaaronline.com/2022/08/26/jaipur-literature-festival-returns-to-new-york-450739/
- Electronicsforyou, NFTs – Not Frivolous Tech, located at: https://www.electronicsforu.com/technology-trends/nfts-not-frivolous-tech
- Columbia Law School, What Are NFTs and Why Are They So Controversial?, located at: https://clsbluesky.law.columbia.edu/2022/07/19/what-are-nfts-and-why-are-they-so-controversial/
- Business Wire India, Ex Sony Exec Mairu Gupta and Ex-Metapurse Steward Anand Venkateswaran Launch eDAO; A Polygon Invested and Incubated for Entertainment Focused Web3 Company, located at: https://www.businesswireindia.com/ex-sony-exec-mairu-gupta-and-ex-metapurse-steward-anand-venkateswaran-launch-edao-a-polygon-invested-and-incubated-for-entertainment-focused-web3-company-79373.html

- Yourstory.com, Polygon launches Web3 entertainment company eDAO, located at: https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao
- e4m, Polygon announces launch of eDAO - an entertainment focused Web3 company, located at: https://www.exchange4media.com/digital-news/polygon-announces-launch-of-edao-an-entertainment-focused-web3-company-120865.html
- quartz india, Indian artists face the same inequalities in the NFT world as in the traditional field, located at: https://qz.com/india/2153492/indian-artists-face-inequalities-in-the-nft-world-too"
- Scroll.in, In India, the world of NFTs suffers from the same inequalities as the world of traditional art, located at: https://scroll.in/magazine/1020893/in-india-the-world-of-nfts-suffers-from-the-same-inequalities-as-the-world-of-traditional-art
- yahoo finance, The billionaire founder of the world's largest crypto exchange, Binance, thinks the NFT craze is bonkers: 'People may have lost their mind', located at: https://finance.yahoo.com/news/billionaire-founder-world-largest-crypto-194740014.html
- Music Business world wide, ARTISTS REALLY HAVE TO SEE WEB3 AS MORE THAN JUST A GLORIFIED FAN CLUB FOR THE 21ST CENTURY. located at: https://www.musicbusinessworldwide.com/as-an-artist-you-really-have-to-see-web3-as-more-than-just-a-glorified-fan-club-for-the-21st-century2/
- The Hilltopper Highlands Highschool, The world of NFT Digital Art, located at: https://hhsjournalism.com/student-life/2022/02/09/the-world-of-nft-digital-art/
- LT Art, The Rise of NFTs: How Have They Revolutionized the Art Market?, located at: https://www.londontradeart.co.uk/en/magazine/the-rise-of-nfts-how-have-they-revolutionised-the-art-market"
- Spike, TRUTHLESS TRUST by Domenico Quaranta, located at: https://www.spikeartmagazine.com/?q=articles/domenico-quaranta-nft-art
- rest of world, 2022's most spectacular, cringeworthy, and sad NFT disasters, located at: https://restofworld.org/2022/10-nft-failures-2022/

**Social Media Bios:**
- Coindesk, located at: https://www.coindesk.com/author/twobadour/

**Social Media Posts:**
- Flipkar Flipverse post, located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/

**Blog Post:**
- Is Metaverse the next-gen internet, located at: https://stl.tech/blog/is-metaverse-the-next-gen-internet/

**Exhibit B**

Dear [NAME],

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, *Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran*, Case No. 23-cv-05074 (S.D.N.Y.).  The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **[insert "website," "book," "video podcast," or "article," as appropriate]** contains statements describing me in relation to Portkey, Metapurse, Twobadour. and/or Dreamverse.  See **[insert link or book title, as appropriate]**.  To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**Exhibit C**

New York, New York [DATE] – Anand Venkateswaran has reached an agreement with Portkey Technologies Pte Ltd. and Vignesh Sundaresan to resolve the court action filed against him in the U.S. District Court for the Southern District of New York, *Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran*, Case No. 23-cv-05074 (S.D.N.Y.).  The Court entered a Consent Judgement in the action on [DATE].  To avoid the burden, expense, and distraction of continued litigation, and without admitting liability or wrongdoing, Mr. Venkateswaran  releases the following statement:

- From August 2017 to February 2022, Mr. Venkateswaran was an independent contractor to Portkey who handled marketing and communications for various NFT-related projects, and was not a partner of Portkey or Mr. Sundaresan.
- Mr. Sundaresan exclusively purchased the "the Beeple (b. 1981), EVERYDAYS: THE FIRST 5000 DAYS" NFT.
- Mr. Sundaresan made all decisions regarding the purchase of this and any other NFT for Portkey or Metapurse, and Mr. Venkateswaran did not have any decision-making or management authority over those purchases.

Additionally, in accordance with the terms of the parties' agreement and the Consent Judgment, Mr. Venkateswaran has withdrawn certain prior public statements and will take additional action to update or remove other public statements to better reflect his independent contractor role with Portkey; he has also made a settlement payment to Portkey of an undisclosed sum.  This statement is made to conclude the lawsuit.