THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PORTKEY TECHNOLOGIES PTE LTD. and
VIGNESH SUNDARESAN,

                Plaintiffs,

      -against-

ANAND VENKATESWARAN,

                Defendant.

Civil Case No. 1:23-cv-5074-JPO

**<u>DEFENDANT'S REPORT REGARDING COMPLIANCE WITH FINAL JUDGMENT
UPON CONSENT PURSUANT TO 15 U.S.C. § 1116(A)</u>**

I, Anand Venkateswaran, hereby submit this Compliance Report pursuant to Paragraph 9 of the Final Judgment Upon Consent entered by this Court on January 30, 2026, and 15 U.S.C. § 1116(a). I have complied with and completed the actions ordered therein as follows:

1. **Unfollowing and Leaving Portkey Social Media Profiles (Final Judgment Upon Consent ¶ 4(i))**

Paragraph 4(i) of the Final Judgment Upon Consent required that I unfollow or leave all Portkey Social Media Profiles within ten (10) days after entry of the Judgment, including but not limited to the Discord account formerly known as "Twobadour" (and later changed to "Magizhan"), the Discord account "Dreamverse," the Discord account "Metapurse," the Discord account "B20," the Discord account "Lendroid," the Discord account "WhaleStreet," the Kraken account created using Twobadour's email address, and profiles on the websites Writer's Association, Coindesk, and KnownOrigin.

I have complied with this obligation. On February 9, 2026, I unfollowed several Portkey Social Media Profiles, including the Discord accounts and Kraken account listed in Final Judgment ¶ 4(i), the profiles on Writer's Association, Coindesk, and KnownOrigin, and any other profiles previously or currently associated with Portkey, Twobadour, Metakovan, Sundaresan, Dreamverse, and/or Metapurse.

On February 20, 2026, Plaintiffs' counsel informed me that I was still following "several of the Portkey Social Media Profiles." I immediately reviewed my social media accounts and discovered that I remained connected to three accounts associated with Plaintiffs and the Portkey Marks on Twitter/X: @vigsun, @metapurse, and @dreamverse. I promptly unfollowed these accounts. That same day, my pro bono counsel wrote the Plaintiffs' counsel to confirm that I had unfollowed the

1

aforementioned accounts and to inquire whether I was inadvertently following any additional social media accounts belonging to or associated with Plaintiffs. Plaintiffs' counsel did not respond to this inquiry. I note that the @vigsun account on Twitter/X continues to follow me.

2.    **Settlement Payment**

Paragraph 5 of the Final Judgment Upon Consent required that I pay Plaintiffs a settlement payment of an undisclosed amount as set forth in the Settlement Agreement and treat that amount as confidential. I have complied with this obligation. On January 26, 2026, I remitted the settlement payment to Plaintiffs via wire transfer using the instructions provided by their counsel on January 23, 2026. On January 27, 2026, Plaintiffs' counsel confirmed receipt of the payment.

3.    **Removal of Prohibited Content from Websites, Webpages and Social Media Profiles Under My Control (Final Judgment Upon Consent ¶ 6)**

Paragraph 6 of the Final Judgment Upon Consent required that, within ten (10) days after entry of the Final Judgment Upon Consent, I remove any content or statements prohibited by Paragraph 4 from the social media pages, online blogs, and websites under my control.

Prior to executing the Settlement Agreement and filing the Final Judgment Upon Consent, I removed all non-compliant posts from the following websites/social media pages under my control and confirmed to Plaintiffs' counsel that this had been completed and that no such content would be reposted:

1. https://mirror.xyz/magizhan.eth
2. https://www.instagram.com/p/Cr07w5atPDU/?hl=en
3. https://twitter.com/viananda/status/1582261506947026944?s=20
4. https://twitter.com/eDAOHQ/status/1541374128841957376
5. https://twitter.com/eDAOHQ/status/1537339578020859905

2

6.  https://mirror.xyz/magizhan.eth/qTW-QMIMGE115lYdqh_jstCxx4p43rHg3BnpDM4MolY

7.  https://www.instagram.com/reel/Ck8M02nAQQf/?utm_source=ig_web_copy_link

On February 9, 2026, I confirmed that no content or statements remained on any social media pages, blogs, or websites under my control that are prohibited by Paragraph 4. On February 20, 2026, Plaintiffs' counsel informed me that an online job profile (https://www.cryptotask.org/en/freelancers/anand-venkateswaran/34026) contained content that was not in compliance with the Settlement Agreement and Final Judgment Upon Consent. I had inadvertently failed to remove non-compliant content from this profile. I deleted the entire profile on February 20, 2026, and my counsel informed Plaintiffs' counsel of same on that date.

4.    **Third-Party Content Removal Efforts (Final Judgment Upon Consent ¶ 7)**

Paragraph 7 of the Final Judgment Upon Consent required that, within thirty (30) days after entry of the Final Judgment Upon Consent, I use reasonable efforts to have any content or statements prohibited by Paragraph 4 removed from the social media pages, online blogs, websites, and other media not in my control, as identified in Exhibit A to the Final Judgment Upon Consent, by sending a letter in the form attached as Exhibit B to the third parties associated with the websites and media identified in Exhibit A, with a copy to Plaintiffs' counsel.

I have complied with this obligation. The deadline for this obligation was March 1, 2026. As that date fell on a weekend, I completed this obligation on February 26, 2026. As described in **Appendix 1** attached to this report (incorporated into this report by reference), I sent Exhibit B letters via electronic mail to all forty-eight (48) third-party media outlets and individuals identified

3

in Exhibit A. The third parties contacted include those associated with the following websites and

media:

**Speaker Bios:**
1. TieCon2023 (https://www.tiecon.org/speakers)
2. Coindesk Consensus (https://consensus2023.coindesk.com/agenda/speaker/-anand-venkateswaran)
3. Coindesk TV (https://www.coindesk.com/tv/nft-all-stars/nft-all-stars-february-8-2022-20220208/)
4. World Association of Publishers (https://wan-ifra.org/event_speakers/twobadour-panaar/)
5. Red Sea International Film Festival (https://redseafilmfest.com/en/red-sea-360/)
6. Flipkart Stories (https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/)
7. JLF New York (https://jlflitfest.org/new-york/speaker/anand-venkateswaran)
8. Blockchain Council (https://www.blockchain-council.org/event-webinar/hacking-the-creator-economy/)
9. FITC (https://fitc.ca/speaker/twobadour)

**Social Media Bios:**
10. Coindesk Author Page (https://www.coindesk.com/author/twobadour/)

**Social Media Posts:**
11. Flipkart Flipverse Post (https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/)

**Blog Posts:**
12. STL Tech (https://stl.tech/blog/is-metaverse-the-next-gen-internet/)

**Book:**
13. Anna Bolz, *A Regulatory Framework for the Art Market?: Authenticity, Forgeries and the Role of Art Experts* (https://link.springer.com/book/10.1007/978-3-031-18743-8)

**Video Podcasts:**
14. Consensus Coin Desk (https://consensus2023.coindesk.com/agenda/event/-who-are-you-in-web3a-exploring-tokenized-identity-328)
15. Layer-E (https://www.youtube.com/watch?v=9jV0owk7TwY)
16. Unstoppable Domains (https://www.youtube.com/watch?v=rzTpAJ_hSN4;
17. https://podcast.unstoppabledomains.com/episodes/163-from-buying-a-beeple-nft-for-69m-to-bringing-web3-to-indias-biggest-e-commerce-enterprise-with-anand-venkateswaran-at-edao; and
18. https://www.youtube.com/watch?v=deBtX4WVGC8)
19. Oxpolygon (https://www.youtube.com/watch?v=7lYMILF36YA&t=9666s)
20. BlockChain Council Podcast (https://www.youtube.com/watch?v=20yeYKwWveQ)
21. Superteam Podcast (https://www.youtube.com/watch?v=6GW6rjPZzq4;
22. https://www.youtube.com/watch?v=fmfOJ1owItQ; and
23. https://www.youtube.com/watch?v=yB53hDQ_oz4)

24. The Tamil Creator (https://www.youtube.com/watch?v=Usa2SsQGBDI)
25. NFTeaseMe (https://www.youtube.com/watch?v=sY7mdxvzaAU)


**Articles:**
26. Retina (https://retinatendencias.com/negocios/anand-venkateswaran-la-experiencia-actual-en-la-web3-es-una-mierda/)
27. Traders Union (https://tradersunion.com/interesting-articles/nft-tokens-what-are-they/most-expensive-nft/)
28. The Conversation (https://theconversation.com/nfts-in-the-art-world-a-revolution-or-ripoff-191299)
29. The Hardcopy (https://thehardcopy.co/case-study-brand-identity-creating-an-inter-dimensional-identity-for-edao/)
30. Music Plus+ (https://www.musicplus.in/metaverse-ips-playlist-discovery-top-tier-artists-edao-mairu-gupta/)
31. Wide Walls/Artnet (https://news.artnet.com/market/metakoven-and-twobadour-split-2152109)
32. La Gazette Drouot (https://www.gazette-drouot.com/article/l-observatoire--3A-metapurse-%C3%A0-la-pointe-des-nft/37946)
33. Exibart (https://www.exibart.com/arte-contemporanea/olafur-eliasson-entra-nel-mondo-nft-con-installazione-virtuale/)
34. Artnet, Metakovan and Twobadour Joined Forces to Buy the $69.3 Million Beeple. Here's What Their Split Tells Us About the Future of the NFT Market (https://news.artnet.com/market/metakovan-and-twobadour-split-2152109)
35. The American Bazaar (https://www.americanbazaaronline.com/2022/08/26/jaipur-literature-festival-returns-to-new-york-450739/)
36. Electronics For You (https://www.electronicsforu.com/technology-trends/nfts-not-frivolous-tech)
37. Columbia Law School Blue Sky Blog (https://clsbluesky.law.columbia.edu/2022/07/19/what-are-nfts-and-why-are-they-so-controversial/)
38. Business Wire India (https://www.businesswireindia.com/ex-sony-exec-mairu-gupta-and-ex-metapurse-steward-anand-venkateswaran-launch-edao-a-polygon-invested-and-incubated-for-entertainment-focused-web3-company-79373.html)
39. YourStory (https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao)
40. Exchange4Media (https://www.exchange4media.com/digital-news/polygon-announces-launch-of-edao-an-entertainment-focused-web3-company-120865.html)
41. Quartz India (https://qz.com/india/2153492/indian-artists-face-inequalities-in-the-nft-world-too)
42. Scroll.in (https://scroll.in/magazine/1020893/in-india-the-world-of-nfts-suffers-from-the-same-inequalities-as-the-world-of-traditional-art)
43. Yahoo Finance (https://finance.yahoo.com/news/billionaire-founder-world-largest-crypto-194740014.html)
44. Music Business Worldwide (https://www.musicbusinessworldwide.com/as-an-artist-you-really-have-to-see-web3-as-more-than-just-a-glorified-fan-club-for-the-21st-century2/)

5

45. The Hilltopper Highlands High School (https://hhsjournalism.com/student-life/2022/02/09/the-world-of-nft-digital-art/)
46. LT Art (https://www.londontradeart.co.uk/en/magazine/the-rise-of-nfts-how-have-they-revolutionised-the-art-market)
47. Spike Art Magazine (https://www.spikeartmagazine.com/?q=articles/domenico-quaranta-nft-art)
48. Rest of World (https://restofworld.org/2022/10-nft-failures-2022/)

The process required extensive research, as many contact details for the recipients were outdated, defunct, or not publicly available. My efforts included:

1. Verifying all contact email addresses against currently accessible, live websites and official contact pages, rather than relying on cached or historical information;

2. Identifying and correcting multiple outdated or non-functional email addresses by researching current contact information from primary sources; and

3. Locating alternative contact methods—including secondary email addresses, web contact forms, and official social media channels—for recipients whose primary addresses were undeliverable or whose domains had lapsed.

Plaintiffs' counsel were copied on all emails I sent to the third parties in connection with my obligations under Paragraph 7 of the Final Judgment Upon Consent. I do not represent that any third party will comply with the requests, and I have no obligation to monitor third-party content or take any further action beyond sending the required letters, consistent with the Final Judgment Upon Consent, ¶ 7.

For one YouTube video listed in Exhibit A— titled "NFTeaseMe: Ep 3: NFTs and The Metaverse ft. Twobadour (from Metapurse)" and located at https://www.youtube.com/watch?v=sY7mdxvzaAU— I was unable to identify a valid email address or mailing address for the relevant third party (Mikey Aveline / NFTeaseMe) after a

6

reasonable search. On February 26, 2026, I sent a direct LinkedIn message to Mikey Aveline that included the letter in Exhibit B, modified to be addressed to "Mikey / NFT Team" and to reference removing or modifying non-compliant content in the video podcast. Because I could not copy Plaintiffs' counsel on the LinkedIn message, I took a screenshot of the message after it was sent and provided that screenshot to Plaintiffs' counsel on February 27, 2026 (*see* Appendix 1 to this report).

On March 2, 2026, Plaintiffs informed me that I had mistakenly sent a letter to Yourstory.com (grievanceofficer@yourstory.com" ) that was improperly addressed to the Business Wire India Editorial Team and which referenced the wrong link. That same day, I sent a new letter by email to Yourstory.com (grievanceofficer@yourstory.com), which was properly addressed to "YourStory Editorial Team" and which referenced the following link: https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao.

5.    **Publication of the Public Statement (Final Judgment Upon Consent ¶ 8)**

Paragraph 8 of the Final Judgment Upon Consent required that, within ten (10) days after entry of the Judgment, I publish the Public Statement set forth in Exhibit C to the Final Judgment Upon Consent on X, LinkedIn, Instagram, Facebook, Mirror, Ghost, Cent, Medium, and any other social media pages, blogs, or websites for which I have an account that I control and/or can still access, and that I keep it posted thereon for at least six (6) months. The Final Judgment Upon Consent specifically required that I post the Public Statement to my accounts at linkedin.com/in/viananda, x.com/viananda, and instagram.com/viananda.

I have complied with this obligation. On February 9, 2026, I published the Public Statement to the social media accounts and websites I have access to or control on the following platforms:

1. **Twitter/X**: https://x.com/viananda/status/2020871180949860860?s=20

2. **LinkedIn**: https://www.linkedin.com/posts/viananda_new-york-new-york-feb-9-2026anand-activity-7426636742570569728-SFcf

3. **Medium**: https://medium.com/@viananda_83270/case-23-cv-05074-s-d-n-y-f873afe40c40?postPublishedType=initial

4. **Threads**: https://www.threads.com/@viananda/post/DUiq1gsDSv5

5. **Instagram**: https://www.instagram.com/p/DUiqXROjkgO/?igsh=MWQwb3ExZjl0a3Jwdg==

6. **Facebook**: https://www.facebook.com/share/p/1EFdDQ6cdk/?mibextid=wwXIfr

7. **Mirror**: https://paragraph.com/@anand@wordesmith.com/case-№23-cv-05074-sdny?referrer=0x857899442cE721aA36a3aa17aaD82555be28f222

8. **Website (Wordesmith)**: https://wordesmith.com/blank/f/new-york-new-york-feb-9-2026

I will ensure the Public Statement remains posted on all accessible platforms through at least August 9, 2026, and will post it on any new social media accounts I create within six (6) months of the entry of the Final Judgment.

Regarding the Ghost and Cent accounts referenced in the Final Judgment Upon Consent, ¶ 8: I am no longer able to control or access either account and therefore was unable to post the Public Statement on them. My obligation under Final Judgment ¶ 8 extends only to platforms "for which Defendant has an account that he controls and/or can still access." Neither Ghost nor Cent meets that criterion.

8

Additionally, on February 27, 2026, Plaintiffs' counsel informed me that they had identified a second Medium profile that appeared to be associated with me (https://medium.com/@anandvianand) that did not have the Public Statement posted. My counsel informed Plaintiffs' counsel that I was unable to post the Public Statement on this Medium account because I no longer have access to it. Specifically, the account is linked to a lendroid.com email account that belongs to Plaintiffs and that I no longer have access to, and the verification code for the account is sent to anand@lendroid.io, which I also cannot access. Accordingly, while I have not posted the Public Statement on these three accounts formerly associated with me (Ghost, Cent, and Medium @anandvianand), because I no longer can access or control these accounts, I am in compliance with my obligations under Final Judgment ¶ 8.

6. **File Report in Writing Under Oath with Court and Serve Upon Counsel for Plaintiffs (Final Judgment Upon Consent ¶ 9)**

Paragraph 9 of the Final Judgment Upon Consent required that, within thirty (30) days after entry of this Final Judgment Upon Consent, I file with the Court and serve upon counsel for Plaintiffs a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with and completed the actions ordered herein, pursuant to 15 U.S.C. § 1116(a).

I have complied with this obligation by filing this report with this Court and serving same on Plaintiffs' counsel by the aforementioned deadline.

7. **Distribution of Final Judgment Upon Consent (Final Judgment Upon Consent ¶ 10)**

Paragraph 10 of the Final Judgment Upon Consent required that, within ten (10) days after entry of the Judgment, I provide a copy of the Judgment to all of my successors, assigns, affiliates, employees, representatives, agents, attorneys, all entities operated and/or controlled by me, and all

9

persons or entities acting in concert or in participation with me, or at my direction or under my control.

I have complied with this obligation. I serve as president and secretary of my company (Wordesmith), and no other individuals act in concert with me or under my control or direction. On February 9, 2026, I confirmed that there were no successors, assigns, affiliates, employees, representatives, agents, attorneys, or entities to whom I was required to provide a copy of the Final Judgment Upon Consent. However, out of an abundance of caution, on March 2, 2026, I sent a copy of the Final Judgment Upon Consent to Paul Antoine by email. Mr. Antoine was the signatory who established Wordesmith in the U.S. – he does not have any decision-making authority for Wordesmith, nor does he operate in concert with me or under my direction or control.

8.      **Ongoing Compliance with Permanent Injunction (Consent Judgment ¶ 4)**

I am aware of and am complying with the permanent injunctive obligations set forth in Final Judgment ¶ 4 and Settlement Agreement § 9. I am not offering, rendering, or promoting any goods or services in connection with the Portkey Marks. I am not making any statements that expressly or impliedly claim or suggest any role beyond that of an independent contractor providing marketing and communications services for Portkey Technologies Pte Ltd. from August 2017 through February 2022**.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2026 in **Richmond, Texas, U.S.A.**



**Anand Venkateswaran**

11

<u>**APPENDIX 1**</u> **TO DEFENDANT'S REPORT REGARDING COMPLIANCE WITH FINAL JUDGMENT UPON CONSENT:**

Third-Party Amendment/Removal Requests

Below, I have summarized the steps I took to transmit the letter in Exhibit B to the Final

Judgment Upon Consent to third parties associated with the third party websites, webpages,

social medial posts, videos, books, etc. listed in Exhibit A to the Final Judgment Upon Consent.

---

**1. TieCon2023 Bio, located at: https://www.tiecon.org/speakers**

Email sent to programs@tiesv.ai  with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear TiE Silicon Valley / TieCon 2023 Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.tiecon.org/speakers**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

---

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

## 2. Coindesk Consensus Bio, located at: https://consensus2023.coindesk.com/agenda/speaker/-anand-venkateswaran

Email sent to emmalyne.foutty@coindesk.com; support@coindesk.com; and media@coindesk.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Emmalyne,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://consensus2023.coindesk.com/agenda/speaker/-anand-venkateswaran**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

13

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**3. https://www.coindesk.com/tv/nft-all-stars/nft-all-stars-february-8-2022-20220208/**

Email sent to support@coindesk.com and media@coindesk.com with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear CoinDesk Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.coindesk.com/tv/nft-all-stars/nft-all-stars-february-8-2022-20220208/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

14

Sincerely,

Anand Venkateswaran

**4. World Association of Publishers Bio, located at: https://wan-ifra.org/event_speakers/twobadour-panaar/**

Email sent to info@wan-ifra.org,  with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear WAN-IFRA Events Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://wan-ifra.org/event_speakers/twobadour-panaar/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

15

**5. Red Sea International Film Festival Bio, located at: https://redseafilmfest.com/en/red-sea-360/**

Email sent to info@redseafilmfest.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Red Sea International Film Festival Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://redseafilmfest.com/en/red-sea-360/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**6. Flipkart Stories Bio, located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/**

Email to media@flipkart.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Flipkart Stories / Flipkart Content Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**7. JLF New York, September 12-14, 2022, Bio, located at: https://jlflitfest.org/new-york/speaker/anand-venkateswaran**

Email to jlf@teamwork.in, info@teamworkarts.com with copy to robert.wasnofski@dentons.com;  SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

17

Date: February 27, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Jaipur Literature Festival Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://jlflitfest.org/new-york/speaker/anand-venkateswaran**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**8. Blockchain Council Bio, located at: https://www.blockchain-council.org/event-webinar/hacking-the-creator-economy/**

Email to support@blockchain-council.org, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

18

Dear Blockchain Council Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.blockchain-council.org/event-webinar/hacking-the-creator-economy**/. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**9. FITC Bio, located at: https://fitc.ca/speaker/twobadour**

Email to info@fitc.ca, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear FITC Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No.

23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://fitc.ca/speaker/twobadour**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.


Sincerely,

Anand Venkateswaran


---

**10. Coindesk, located at: https://www.coindesk.com/author/twobadour/**

**Note:** The email on record was invalid. Took efforts to research contact details for representatives and appropriate stakeholders in charge of correction/retraction

Email to support@coindesk.com and media@coindesk.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**


Dear CoinDesk Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and

trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.coindesk.com/author/twobadour/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.


Sincerely,

Anand Venkateswaran


**11. Flipkar Flipverse post, located at: https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/**

**Note:** The email on record was invalid. Took efforts to research contact details for representatives and appropriate stakeholders in charge of correction/retraction

Email to media@flipkart.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com


Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**


Dear Flipkart Stories / Flipkart Content Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and

21

trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://stories.flipkart.com/enter-the-flipverse-linkedin-live-event/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.


Sincerely,

Anand Venkateswaran

**12. Is Metaverse the next-gen internet, located at: https://stl.tech/blog/is-metaverse-the-next-gen-internet/**

Email to contact@stltech.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**


Dear STL Tech Communications Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **website** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://stl.tech/blog/is-metaverse-the-next-**

**gen-internet/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**13. Anna Bolz, A Regulatory Framework for the Art Market?: Authenticity, Forgeries and the Role of Art Experts (pages 32, 39), located at: https://shorturl.at/mvYmt**

**Note:** The email on record was invalid. Took efforts to research contact details for representatives and appropriate stakeholders in charge of correction/retraction.

Email to customerservice@springernature.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Publisher / Author (Anna Bolz),

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **book** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **Anna Bolz, A Regulatory Framework for the Art Market?: Authenticity, Forgeries and the Role of Art Experts (pages 32, 39) –**

23

**available at https://shorturl.at/mvYmt**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**14. Consensus Coin Desk, Who Are You in Web3? Exploring Tokenized Identity, located at: https://consensus2023.coindesk.com/agenda/event/-who-are-you-in-web3a-exploring-tokenized-identity-328**

**Note:** The email on record was invalid. Took efforts to research contact details for representatives and appropriate stakeholders in charge of correction/retraction

Email to editorial@coindesk.com and leah@emfarsis.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear CoinDesk Consensus Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://consensus2023.coindesk.com/agenda/event/-who-are-you-in-web3a-exploring-**

24

**tokenized-identity-328**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**15. Layer-E, I Dig That! - Episode 1 | Candid conversations on web3, AI, culture, and art, located at: https://www.youtube.com/watch?v=9jV0owk7TwY**

**Note:** The Layer-E company folded and all former employees/contractors dispersed. Emails, domain and social channels went defunct. Took efforts to track down the right stakeholder with access to correct and remove content.

Email to layersconversation@gmail.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Layer-E Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See

**https://www.youtube.com/watch?v=9jV0owk7TwY**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**16. Unstoppable Domains, The Story of Buying Beeple's NFT for $69M | The Unstoppable Podcast Clips, located at: https://www.youtube.com/watch?v=rzTpAJ_hSN4**

**Note:** The email on record was invalid. Took efforts to research contact details for representatives and appropriate stakeholders in charge of correction/retraction

Email to support@unstoppabledomains.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Unstoppable Domains / The Unstoppable Podcast Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See

26

https://www.youtube.com/watch?v=rzTpAJ_hSN4. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**17. The Unstoppable Podcast, 163 - From Buying a Beeple NFT for $69M to Bringing Web3 to India's Biggest E-Commerce Enterprise with Anand Venkateswaran at eDAO, located at: https://podcast.unstoppabledomains.com/episodes/163-from-buying-a-beeple-nft-for-69m-to-bringing-web3-to-indias-biggest-e-commerce-enterprise-with-anand-venkateswaran-at-edao**

**Note:** The email on record was invalid. Took efforts to research contact details for representatives and appropriate stakeholders in charge of correction/retraction

Email to support@unstoppabledomains.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Unstoppable Domains / The Unstoppable Podcast Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

27

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://podcast.unstoppabledomains.com/episodes/163-from-buying-a-beeple-nft-for-69m-to-bringing-web3-to-indias-biggest-e-commerce-enterprise-with-anand-venkateswaran-at-edao**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**18. Unstoppable Domains, From Buying A Beeple NFT for $69M To Bringing Web3 To India's Biggest Ecommerce Enterprise | Ep. 163, located at: https://www.youtube.com/watch?v=deBtX4WVGC8**

Email to support@unstoppabledomains.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Unstoppable Domains Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See

28

**https://www.youtube.com/watch?v=deBtX4WVGC8**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**19. Oxpolygon, Polygon x SuperLayer present: Web3 Revealed, located at: https://www.youtube.com/watch?v=7lYMILF36YA&t=9666s**

Email to pr@polygon.technology, with copy to  robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Polygon / Oxpolygon Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=7lYMILF36YA&t=9666s**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**20. BlockChain Council, Hacking The Creator Economy -- The Blockchain Council Podcast, located at: https://www.youtube.com/watch?v=20yeYKwWveQ**

Email to support@blockchain-council.org, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Blockchain Council Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=20yeYKwWveQ**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

30

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**21. Superteam Podcast, Sure shot signs of a good NFT? | 2 simple ways to choose NFTs | Superteam Clips, located at: https://www.youtube.com/watch?v=6GW6rjPZzq4**

Email to support@superteam.fun, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Superteam Podcast Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=6GW6rjPZzq4**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

31

Sincerely,

Anand Venkateswaran

---

**22. Superteam Podcast, Buying a 550 CRORE NFT in a Crypto Auction! | Superteam Clips, located at: https://www.youtube.com/watch?v=fmfOJ1owItQ**

Email to support@superteam.fun, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Superteam Podcast Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=fmfOJ1owItQ**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

32

**23. Superteam Podcast, Future of Media ft. eDAO, located at: https://www.youtube.com/watch?v=yB53hDQ_oz4**

Email to support@superteam.fun, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Superteam Podcast Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=yB53hDQ_oz4**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

33

**24. The Tamil Creator, EP 20 (FULL RECORDING) | Anand Venkateswaran | Crypto Tinhorn Who Helped Purchased $69M NFT, located at: https://www.youtube.com/watch?v=Usa2SsQGBDI**

Email to hello@thetamilcreator.com, copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear The Tamil Creator Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=Usa2SsQGBDI**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**25. NFTeaseMe, NFTeaseMe: Ep 3 : NFTs and The Metaverse ft. Twobadour (from Metapurse), located at: https://www.youtube.com/watch?v=sY7mdxvzaAU**

I could not identify an email associated with this video, despite web searches and searches of the stakeholder's multiple social profiles including on IMDB, Twitter, Instagram, etc. I was eventually able to contact the stakeholder directly through her LinkedIn profile, via a direct message.

At 10:10 pm CST on February 26, 2026, I sent a direct message to the stakeholder on LinkedIn that contained the statement in Exhibit B, modified appropriately. I was unable to copy the Plaintiffs using this channel of communication, but I have included evidence that I sent the statement in Exhibit B to the stakeholder below in the form of a screenshot.



On February 27, 2026, my pro bono counsel emailed sara.gates@dentons.com with copy to robert.wasnofski@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com, to provide a copy of the screenshot shown above and the inform them that I was unable to find a valid email address to send the letter to the stakeholder, so I opted to send it by LinkedIn direct message instead.

The message I sent to the stakeholder via LinkedIn direct messaging was the following:

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

35

Dear NFTeaseMe Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **video podcast** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.youtube.com/watch?v=sY7mdxvzaAU**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.


Sincerely,

Anand Venkateswaran




**26. Retina, Translated text: Anand Venkateswaran: The current experience in Web3 is crap, located at: https://retinatendencias.com/negocios/anand-venkateswaran-la-experiencia-actual-en-la-web3-es-una-mierda/**

Email to defensor@elpais.es, communication@prisa.com, and jgarciacant@prisamedia.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

36

Dear Retina / Retina Tendencias Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://retinatendencias.com/negocios/anand-venkateswaran-la-experiencia-actual-en-la-web3-es-una-mierda/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**27. Traders union, Top 15 most expensive NFTs in history, located at: https://tradersunion.com/interesting-articles/nft-tokens-what-are-they/most-expensive-nft/**

Email to support@tradersunion.com, with copy to  robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Traders Union Editorial Team,

37

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://tradersunion.com/interesting-articles/nft-tokens-what-are-they/most-expensive-nft/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.


Sincerely,

Anand Venkateswaran

---

**28. The Conversation, NFTs in the art world: A revolution or ripoff?, located at: https://theconversation.com/nfts-in-the-art-world-a-revolution-or-ripoff-191299**

Email to us-corrections@theconversation.com, with copy to  robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**


Dear The Conversation (US) Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and

trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://theconversation.com/nfts-in-the-art-world-a-revolution-or-ripoff-191299**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**29. The Hardcopy, Creating an Inter-dimensional Identity for eDAO, located at: https://thehardcopy.co/case-study-brand-identity-creating-an-inter-dimensional-identity-for-edao/**

Email to meeta.malhotra@ibexapartners.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear The Hardcopy Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://thehardcopy.co/case-study-brand-identity-creating-an-inter-dimensional-identity-for-edao/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**30. Music plus +, Metaverse IPs go beyond favoured playlist discovery and top-tier artists, says eDAO's Mairu Gupta, located at: https://www.musicplus.in/metaverse-ips-playlist-discovery-top-tier-artists-edao-mairu-gupta/**

Email to buzz@musicplus.in, with copy to  robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Music Plus+ Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.musicplus.in/metaverse-ips-**

40

**playlist-discovery-top-tier-artists-edao-mairu-gupta**/. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**31. Wide Walls, Here is What the Split of the Duo That Bought the Legendary Beeple NFT Will Mean for the Future of Crypto Art, located at: https://news.artnet.com/market/metakoven-and-twobadour-split-2152109**

Email to support@artnet.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Artnet News Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://news.artnet.com/market/metakoven-and-twobadour-split-2152109**. To ensure

41

accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.


Sincerely,

Anand Venkateswaran


**32. NLa Gazette Drouout, L'Observatoire : Metapurse, à la pointe des NFT, located at: https://www.gazette-drouot.com/article/l-observatoire--3A-metapurse-%C3%A0-la-pointe-des-nft/37946**

**Note:** I translated the Exhibit B letter into French, the original language of the publication, before sending it to ensure effective communication with the stakeholder.

Email to **gazettedrouot@drouot.com,** with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date : February 26, 2026

**French Translation of Exhibit B letter sent to stakeholder:**

**Objet : Portkey Technologies Pte Ltd. et Vignesh Sundaresan v. Anand Venkateswaran, affaire n° 23-cv-05074 (S.D.N.Y.) – Déclaration aux tiers**


Madame, Monsieur,

J'ai conclu un accord pour résoudre l'action en justice intentée par Portkey Technologies Pte Ltd. et Vignesh Sundaresan devant le tribunal fédéral du district sud de New York, Portkey Technologies Pte Ltd. et Vignesh Sundaresan v. Anand Venkateswaran, affaire n° 23-cv-05074 (S.D.N.Y.). Cette action soulevait diverses allégations, notamment de concurrence déloyale et de contrefaçon de marque au titre du Lanham Act, ainsi que des demandes connexes au titre du droit de l'État de New York et du droit commun.

Comme vous le savez peut-être, votre **article** contient des déclarations me décrivant en lien avec Portkey, Metapurse, Twobadour et/ou Dreamverse. Voir **https://www.gazette-drouot.com/article/l-observatoire--3A-metapurse-%C3%A0-la-pointe-des-nft/37946**. Afin de garantir l'exactitude des informations et d'éviter toute confusion dans le public, je vous prie de bien vouloir soit supprimer entièrement ces déclarations, soit les remplacer par le texte suivant :

> « *Anand Venkateswaran a travaillé en tant que prestataire indépendant pour Portkey Technologies Pte Ltd. d'août 2017 à février 2022, période durant laquelle il a pris en charge le marketing et la communication pour divers projets impliquant des NFT.* »

Veuillez mettre en œuvre ces modifications immédiatement et bien vouloir me le confirmer par écrit dès que cela sera fait.

Rien dans cette communication ne saurait être interprété comme une reconnaissance de quelque allégation que ce soit, et tous les droits sont expressément réservés.

Cordialement,

Anand Venkateswaran

**Original English version of the letter:**

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Sir, Madam,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See Voir **https://www.gazette-drouot.com/article/l-observatoire--3A-metapurse-%C3%A0-la-pointe-des-nft/37946**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

43

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**33. exibart, Olafur Eliasson entra nel mondo NFT, con un'installazione virtuale, located at: https://www.exibart.com/arte-contemporanea/olafur-eliasson-entra-nel-mondo-nft-con-installazione-virtuale/**

Email to f.pazzagli@exibart.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear exibart Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.exibart.com/arte-contemporanea/olafur-eliasson-entra-nel-mondo-nft-con-installazione-virtuale/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

44

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**34. Artnet, Metakovan and Twobadour Joined Forces to Buy the $69.3 Million Beeple. Here's What Their Split Tells Us About the Future of the NFT Market, located at: https://news.artnet.com/market/metakoven-and-twobadour-split-2152109**

Email to support@artnet.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Artnet News Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://news.artnet.com/market/metakoven-and-twobadour-split-2152109**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

45

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**35. The American Bazaar, Jaipur Literature Festival returns to New York, located at: https://www.americanbazaaronline.com/2022/08/26/jaipur-literature-festival-returns-to-new-york-450739/**

Email to editor@americanbazaaronline.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear The American Bazaar Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.americanbazaaronline.com/2022/08/26/jaipur-literature-festival-returns-to-new-york-450739/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

46

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**36. Electronicsforyou, NFTs -- Not Frivolous Tech, located at:**
**https://www.electronicsforu.com/technology-trends/nfts-not-frivolous-tech**

Email to onedit@efy.in, copy to robert.wasnofski@dentons.com;
SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com;
marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com;
KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Electronics For You Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See
**https://www.electronicsforu.com/technology-trends/nfts-not-frivolous-tech**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

47

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**37. Columbia Law School, What Are NFTs and Why Are They So Controversial?, located at: https://clsbluesky.law.columbia.edu/2022/07/19/what-are-nfts-and-why-are-they-so-controversial/**

Email to rholding@law.columbia.edu, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear CLS Blue Sky Blog – Reynolds Holding, Editor-at-Large,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://clsbluesky.law.columbia.edu/2022/07/19/what-are-nfts-and-why-are-they-so-controversial/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

48

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**38. Business Wire India, Ex Sony Exec Mairu Gupta and Ex-Metapurse Steward Anand Venkateswaran Launch eDAO; A Polygon Invested and Incubated for Entertainment Focused Web3 Company, located at: https://www.businesswireindia.com/ex-sony-exec-mairu-gupta-and-ex-metapurse-steward-anand-venkateswaran-launch-edao-a-polygon-invested-and-incubated-for-entertainment-focused-web3-company-79373.html**

Email to info@businesswireindia.com, grievanceofficer@yourstory.com with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Business Wire India Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.businesswireindia.com/ex-sony-exec-mairu-gupta-and-ex-metapurse-steward-anand-venkateswaran-launch-edao-a-polygon-invested-and-incubated-for-entertainment-focused-web3-company-**

49

**79373.html**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**39. Yourstory.com, Polygon launches Web3 entertainment company eDAO, located at: https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao**

Email to editorial@yourstory.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: March 2, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear YourStory Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://yourstory.com/the-decrypting-story/polygon-launches-web3-entertainment-company-edao**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

50

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**40. e4m, Polygon announces launch of eDAO - an entertainment focused Web3 company, located at: https://www.exchange4media.com/digital-news/polygon-announces-launch-of-edao-an-entertainment-focused-web3-company-120865.html**

Email to e4mdigital@gmail.com and abatra@exchange4media.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear exchange4media (e4m) Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.exchange4media.com/digital-news/polygon-announces-launch-of-edao-an-entertainment-focused-web3-company-120865.html**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

51

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**41. quartz india, Indian artists face the same inequalities in the NFT world as in the traditional field, located at: https://qz.com/india/2153492/indian-artists-face-inequalities-in-the-nft-world-too**

Email to hi@qz.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Quartz India Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://qz.com/india/2153492/indian-artists-face-inequalities-in-the-nft-world-too**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

*"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

52

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**42. Scroll.in, In India, the world of NFTs suffers from the same inequalities as the world of traditional art, located at: https://scroll.in/magazine/1020893/in-india-the-world-of-nfts-suffers-from-the-same-inequalities-as-the-world-of-traditional-art**

Email to support@scroll.in, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Scroll.in Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://scroll.in/magazine/1020893/in-india-the-world-of-nfts-suffers-from-the-same-inequalities-as-the-world-of-traditional-art**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

---

**43. yahoo finance, The billionaire founder of the world's largest crypto exchange, Binance, thinks the NFT craze is bonkers: 'People may have lost their mind', located at: https://finance.yahoo.com/news/billionaire-founder-world-largest-crypto-194740014.html**

Email to finance.corrections@yahooinc.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Yahoo Finance / Yahoo News Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://finance.yahoo.com/news/billionaire-founder-world-largest-crypto-194740014.html**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

54

Sincerely,

Anand Venkateswaran

**44. Music Business world wide, ARTISTS REALLY HAVE TO SEE WEB3 AS MORE THAN JUST A GLORIFIED FAN CLUB FOR THE 21ST CENTURY, located at: https://www.musicbusinessworldwide.com/as-an-artist-you-really-have-to-see-web3-as-more-than-just-a-glorified-fan-club-for-the-21st-century2/**

Email to enquiries@musicbizworldwide.com, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Music Business Worldwide Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.musicbusinessworldwide.com/as-an-artist-you-really-have-to-see-web3-as-more-than-just-a-glorified-fan-club-for-the-21st-century2/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**45. The Hilltopper Highlands Highschool, The world of NFT Digital Art, located at: https://hhsjournalism.com/student-life/2022/02/09/the-world-of-nft-digital-art/**

Email to Brian.Robinson@fortthomas.kyschools.us, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear The Hilltopper / HHS Journalism Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://hhsjournalism.com/student-life/2022/02/09/the-world-of-nft-digital-art/**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

56

**46. LT Art, The Rise of NFTs: How Have They Revolutionized the Art Market?, located at: https://www.londontradeart.co.uk/en/magazine/the-rise-of-nfts-how-have-they-revolutionised-the-art-market**

Email to info@londontradeart.co.uk, with copy to robert.wasnofski@dentons.com; SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com; marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com; KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear LT Art / London Trade Art Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://www.londontradeart.co.uk/en/magazine/the-rise-of-nfts-how-have-they-revolutionised-the-art-market**. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

57

**47. Spike, TRUTHLESS TRUST by Domenico Quaranta, located at:**
**https://www.spikeartmagazine.com/?q=articles/domenico-quaranta-nft-art**

Email to stefan.tasch@spikeartmagazine.com, with copy to robert.wasnofski@dentons.com;
SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com;
marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com;
KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran,**
**Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Spike Art Magazine Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte
Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York,
Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No.
23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and
trademark infringement under the Lanham Act, and related claims under New York State and
common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey,
Metapurse, Twobadour, and/or Dreamverse. See
**https://www.spikeartmagazine.com/?q=articles/domenico-quaranta-nft-art**. To ensure
accuracy and avoid public confusion, please either remove those statements entirely or replace
them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies*
> *Pte Ltd. from August 2017 to February 2022, during which time he handled marketing*
> *and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all
rights are expressly reserved.

Sincerely,

Anand Venkateswaran

**48. rest of world, 2022's most spectacular, cringeworthy, and sad NFT disasters, located**
**at: https://restofworld.org/2022/10-nft-failures-2022/**

Email to hello@restofworld.org, robert.wasnofski@dentons.com;
SLaFayette@mayerbrown.com; sara.gates@dentons.com; samuel.weiner@dentons.com;
marykate.brennan@dentons.com; daniel.schnapp@dentons.com; LFerri@mayerbrown.com;
KHunt@mayerbrown.com; TSwinton@mayerbrown.com

Date: February 26, 2026

**Re: Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.) – Statement to Third Parties**

Dear Rest of World Editorial Team,

I have reached an agreement to resolve the court action brought by Portkey Technologies Pte Ltd. and Vignesh Sundaresan in the U.S. District Court for the Southern District of New York, Portkey Technologies Pte Ltd. and Vignesh Sundaresan v. Anand Venkateswaran, Case No. 23-cv-05074 (S.D.N.Y.). The action asserted various claims including unfair competition and trademark infringement under the Lanham Act, and related claims under New York State and common law.

As you may be aware, your **article** contains statements describing me in relation to Portkey, Metapurse, Twobadour, and/or Dreamverse. See **https://restofworld.org/2022/10-nft-failures-2022**/. To ensure accuracy and avoid public confusion, please either remove those statements entirely or replace them with the following:

> *"Anand Venkateswaran worked as an independent contractor for Portkey Technologies Pte Ltd. from August 2017 to February 2022, during which time he handled marketing and communications for various projects involving NFTs."*

Please implement these changes immediately and kindly confirm in writing once complete.

Nothing in this communication should be construed as an admission of any allegation, and all rights are expressly reserved.

Sincerely,

Anand Venkateswaran

1757613336.2