UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTKEY TECHNOLOGIES PTE LTD. and VIGNESH SUNDARESAN,<br><br>                    Plaintiffs,<br><br>        - against -<br><br> ANAND VENKATESWARAN,<br><br>                    Defendant. | Civil Case No. 23-cv-5074-JPO |

### REQUEST TO WITHDRAW AS COUNSEL OF RECORD

Request is hereby made by Mary Catherine Brennan of Dentons US LLP, counsel of record for

Portkey Technologies PTE Ltd. and Vignesh Sundaresan (collectively, "Plaintiffs") in the above-

captioned action, to withdraw as counsel of record in this action as her employment with Dentons

US LLP has concluded.  Robert M. Wasnofski, Jr., also of Dentons US LLP, has entered his

appearance and will henceforth serve as counsel of record from Dentons US LLP on behalf of

Plaintiff.

Dated: April 28, 2026
        New York, New York

Respectfully submitted,

By:

By: */s/ Mary Catherine Brennan*
Mary Catherine Brennan
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-6700
marykate.brennan@dentons.com